# UNITED STATES DISTRICT COURT

DISTRICT OF          **GUAM**

UNITED STATES OF AMERICA
V.

**CHARLENE F. TENORIO**

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:    **CR-07-00078-002**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**3rd Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>Before:    **Honorable Joaquin V. E Manibusan, Jr.** | **302** |
| | Date and Time<br>**Monday, August 20, 2007 at 9:15 a.m.** |

To answer a(n)

**X**   Indictment    ☐   Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition      Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **152(1) and (2)**

Brief description of offense:

**COUNTS 2 thru 4 - Bankruptcy Fraud**

RECEIVED

AUG 1 2007

US MARSHALS SERVICE-GUAM

**FILED**
**DISTRICT COURT OF GUAM**

AUG 20 2007 *nba*

**JEANNE G. QUINATA**
**Clerk of Court**

---

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**August 15, 2007**
Date

# ORIGINAL

## RETURN OF SERVICE

| | Date | |
|---|---|---|
| Service was made by me on:[1] | 8/16/2007 | |

### Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

ATTN. Howard Trapp office

☐ Returned unexecuted:

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    8/20/2007
         Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.