HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendants


**FILED**
DISTRICT COURT OF GUAM

AUG 20 2007

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07-00078 |
| Plaintiff, | REQUEST FOR PRODUCTION OF EXCULPATORY AND |
| vs. | IMPEACHMENT EVIDENCE (BRADY V. MARYLAND, 373 |
| CHARLENE F. TENORIO, | U.S. 83 (1963).) |
| Defendant. | |

------------

Defendant Charlene F. Tenorio (hereinafter "Defendant") requests that the government produce all evidence favorable to Defendant and material either to guilt or to punishment including, but not limited to, all information about its witnesses that could cast doubt upon their credibility, and in connection with the latter, that the government undertake, in accordance with the policy set forth in United States v. Jennings, 960 F.2d 1488, 1492 n.3 (9th Cir. 1992), an examination of the personnel files of its law enforcement officer witnesses for such material.

Dated, Hagåtña, Guam,

August 20, 2007.

_____
HOWARD TRAPP
HOWARD TRAPP INCORPORATED
Attorney for Defendants

(REQUESTS/PRODUCTION/CTenorio)

ORIGINAL

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendants herein, and that on August 20, 2007, I served the document to which this declaration is annexed on Jeffrey J. Strand, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy thereof at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, his last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2007, at Hagåtña, Guam.

REINA Y. URBIEN