# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00078-002 |
| Plaintiff, ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| CHARLENE F. TENORIO, ) | |
| Defendant. ) | |

    On August 22, 2007, Charlene F. Tenorio made an Initial Appearance and Arraignment hearing relative to an Indictment for Bankruptcy Fraud, in violation of Title 18, U.S.C. §§ 152(1) and 2. The defendant was released on a $10,000 unsecured bond with the following conditions: report to probation as instructed; remain at a fixed residence unless given permission by the U.S. Probation Office; refrain from possessing a firearm, destructive device, or dangerous weapon; refrain from excessive use of alcohol; refrain from possession of a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner; not leave the District of Guam without the permission of the U.S. Probation Office and provide advance notice of any travel plan and itinerary.

    On September 19, 2007, the defendant contacted the U.S. Probation Office and requested to travel to the Republic of the Philippines for four days to accompany her daughter, who is scheduled to undergo a medical assessment/treatment. Proposed travel dates are from September 26, 2007 to September 29, 2007. The defendant submitted the required medical referral documents and travel itinerary.

    The defendant maintains full compliance with her conditions of supervision. In light of the medical needs of the defendant's daughter and the current compliance status with pretrial release conditions, this Officer supports the request to travel and seeks Court approval. The defendant's travel status will be monitored and any violations will be reported accordingly to the Court.

                                                         Respectfully submitted,

                                                          ROSSANNA VILLAGOMEZ-AGUON
                                                          Acting Chief U.S. Probation Officer

By:  /s/ ROBERT I. CARREON
                                                          U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:     File