ORIGINAL

Tenorio_Mot_Joint Rep.wpd

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
SEP 24 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN C. TENORIO and<br>CHARLENE F. TENORIO,<br><br>    Defendants. | CRIMINAL CASE NO. 07-00078<br><br>**UNITED STATES MOTION FOR FED. R. CRIM. P. 44(c) INQUIRY ABOUT THE PROPRIETY OF JOINT REPRESENTATION** |

COMES NOW THE United State of America, by and through undersigned counsel, and request that this Honorable Court inquire into the joint representation of JUAN C. and CHARLENE F. TENORIO by Howard Trapp.

Rule 44(c), Federal Rules of Criminal Procedure, provides:

"(c) Inquiry into Joint Representation.

(1) Joint Representation. Join representation occurs when:

    (A) two or more defendants have been charged jointly under Rule 8(b) or have been joined for trial under Rule 13; and

    (B) the defendants are represented by the same counsel, or counsel who are associated in law practice.

(2) Court's Responsibilities in Cases of Joint Representation. The court must promptly inquire about the propriety of joint representation and must personally advise each

-1-

defendant of the right to the effective assistance of counsel, including separate representation. Unless there is good cause to believe that no conflict of interest is likely to arise, the court must take appropriate measures to protect each defendant's right to counsel."

The government requests that the Court conduct such inquiry in order to protect the interest of the defendants in this case, where they are jointly charged and represented by the same counsel.

RESPECTFULLY SUBMITTED this 24th day of September, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

-2-