ORIGINAL

Tenorio_Mot_Notice.wpd

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
SEP 2 4 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JUAN C. TENORIO and<br>CHARLENE F. TENORIO,<br><br>               Defendants. | CRIMINAL CASE NO. 07-00078<br><br>**NOTICE OF MOTION FOR<br>FED. R. CRIM. P. 44(c) INQUIRY<br>ABOUT THE PROPRIETY OF<br>JOINT REPRESENTATION** |

PLEASE TAKE NOTICE that the United States' Motion for Fed. R. Crim. P. 44(c) Inquiry About the Propriety of Joint Representation, in the above captioned and styled matter, will be heard on **OCT 1 2 2007**, 2007 at the hour of **10:30 A**.m., in the Courtroom of the Honorable **Joaquin V.E. Manibusan, Jr.**, **Magistrate** Judge, District Court of Guam, in the United States Courthouse, **3rd** Floor, 520 West Soledad Ave., Hagatna, Guam.

Dated this 24th day of September, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney