| PROB 37<br>(3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Charlene F. Tenorio**
Criminal Case No. 07-00078-002
SSN: XX-XXX-7740
DOB: XX-XX-1939
HT: 5'6" / WT: 136 lbs.



DATE:  **September 24, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO:    **Republic of the Philippines**

FROM    **September 26, 2007**    AND RETURNING    **September 29, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Accompany daughter for medical assessment/treatment.**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1.    **Immediately report any change in your travel plans to the U.S. Probation Office.**

2.    **Report to the U.S. Probation Office within 72 hours of your arrival on Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ ROBERT I. CARREON
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS

[x] APPROVED    [ ] DISAPPROVED

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 25, 2007**