# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ Guam

UNITED STATES OF AMERICA

**NOTICE**

V.

CHARLENE F. TENORIO                CASE NUMBER:  1:01-cr-07-00078-002

TYPE OF CASE:
☐ **CIVIL**          X  **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**Initial Appearance on the Superseding Indictment and Arraignment**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Friday, September 28, 2007 at 8:30 a.m. | CONTINUED TO DATE AND TIME<br><br>**Tuesday, October 2, 2007 at 1:30 p.m.** |
|---|---|---|

JEANNE G. QUINATA, Clerk of Court
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

September 27, 2007                          /s/ Marilyn B. Alcon
DATE                                        (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Howard Trapp
      U.S. Probation Office
      U.S. Marshals Service