**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-07-00078                           DATE: October 02, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori                    Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Walter M. Tenorio             Electronically Recorded: 1:39:10 - 1:43:03
CSO: N. Edrosa

**APPEARANCES:**

| Defendant: | Juan C. Tenorio and Charlene F. Tenorio | Attorney: | Howard Trapp |
|---|---|---|---|
| Present | Custody  Bond  P.R. | Present | Retained  FPD  CJA |

U.S. Attorney: Jeffrey Strand                   U.S. Agent:
U.S. Probation: Maria Cruz                      U.S. Marshal: D. Punzalan
Interpreter:                                    Language:

**PROCEEDINGS: Initial Appearance on a Superseding Indictment and Arraigment**

- Both defendants waived reading of the Superseding <u>Indictment.</u>
- Plea entered: <u>Not guilty</u>
- Mr. Trapp's oral motion to move the trial date by one day was granted.
- Trial set for: <u>October 17, 2007 at 9:30 a.m.</u>
- Defendants released as previously ordered by this Court.

NOTES: