# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

United States of America

**NOTICE**

V.

Juan C. Tenorio and Charlene F. Tenorio

CASE NUMBER: CR-07-00078

TYPE OF CASE:

☐ **CIVIL**      X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Motion for Fed.R.CrimP. 44(c) Inquiry About the Propriety of Joint Representation

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam**<br>**3rd Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | **Friday, October 12, 2007 at 10:30 a.m.** | **Thursday, October 11, 2007 at 2:00 p.m.** |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**October 9, 2007**
DATE

/s/ Leilani R. Toves Hernandez
(BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
          Howard Trapp, Esq.
          U.S. Probation Office
          U.S. Marshals Service