LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334
Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 10 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00078 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | UNITED STATES' [PROPOSED] VERDICT FORM |
| JUAN C. TENORIO and CHARLENE F. TENORIO, | ) | |
| Defendants. | ) | |

Pursuant to the Order of this Court, the United States hereby submits the following verdict form for purposes of this trial.

Respectfully submitted this _9th_ day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Jeffrey J. Strand_
JEFFREY J. STRAND
First Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00078 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **VERDICT FORM** |
| JUAN C. TENORIO and CHARLENE F. TENORIO, | ) | |
| Defendants. | ) | |

## BANKRUPTCY FRAUD

We, the Jury, in the above-entitled case unanimously find the defendant, JUAN C. TENORIO: Violation of Title 18, United States Code, Section 152(1):

    / /    NOT GUILTY

    / /    GUILTY

DATED this _____ day of _____, 2007, at Hagatna, Guam.

                                                                _____
                                                                 FOREPERSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00078 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **VERDICT FORM** |
| JUAN C. TENORIO and CHARLENE F. TENORIO, | ) | |
| Defendants. | ) | |

## BANKRUPTCY FRAUD

We, the Jury, in the above-entitled case unanimously find the defendant, CHARLENE F. TENORIO: Violation of Title 18, United States Code, Section 152(1):

    / /    NOT GUILTY

    / /    GUILTY

DATED this _____ day of _____, 2007, at Hagatna, Guam.

_____
FOREPERSON