✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

United States of America

**NOTICE**

V.

Juan C. Tenorio and Charlene F. Tenorio     CASE NUMBER: CR-07-00078

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Pretrial Conference Regarding Dual Representation and Jury Questionnaire

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Friday, October 19, 2007 at 8:30 a.m. | RESCHEDULED TO DATE AND TIME<br><br>Monday, October 22, 2007 at 9:45 a.m. |
|---|---|---|

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**October 18, 2007**                          /s/ Leilani R. Toves Hernandez
DATE                                                       (BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
     Howard Trapp, Esq.
     U.S. Probation Office
     U.S. Marshals Service