1  LEONARDO M. RAPADAS
   United States Attorney
2  JEFFREY J. STRAND
   First Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00078 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | **re: Government's Request** |
| | ) | **for use of Court's Equipment** |
| JUAN C. TENORIO and | ) | |
| CHARLENE F. TENORIO, | ) | |
| | ) | |
| Defendants. | ) | |

The government's request for use of the Court's Digital Evidence Presentation System, at the trial in the above-captioned matter, is approved.

**SO ORDERED** this 19th day of October, 2007.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**