✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM _____

United States of America

**NOTICE**

V.

Juan C. Tenorio and Charlene F. Tenorio      CASE NUMBER: CR-07-00078

TYPE OF CASE:

☐ **CIVIL**      X  **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Pretrial Conference Regarding Dual Representation and Jury Questionnaire

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagåtña, GU 96910** | Monday, October 22, 2007 at 9:45 a.m. | Monday, October 29, 2007 at 1:30 p.m. |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**October 19, 2007**          /s/ Leilani R. Toves Hernandez
DATE                (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
   Howard Trapp, Esq.
   U.S. Probation Office
   U.S. Marshals Service