ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

OCT 26 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JUAN C. TENORIO and ) <br> CHARLENE F. TENORIO, ) <br> ) <br> Defendants. ) <br> _____ ) | CRIMINAL CASE NO. 07-00078 <br><br> **UNITED STATES' REPLY TO DEFENDANTS' REPLY TO GOVERNMENT'S MEMORANDUM REGARDING JOINT REPRESENTATION** |

In its Reply to Government's Memorandum Regarding Joint Representation filed on October 19, 2007, the defense mischaracterizes one sentence in the government's memorandum as a concession on the pending Fed.R.Crim.P. 44(c) inquiry. The defense left out the following sentence: "But, the trial court's obligation under Rule 44(c) remains a continuing one." (Govt's Mem. Regarding Joint Representation, page 2, line 10).

//

//

Fed.R.Crim.P. 44(c) continues to impose a duty on the district court to inquire whenever defendants are jointly represented.

RESPECTFULLY SUBMITTED this 26th day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

Case 1:07-cr-00078    Document 59    Filed 10/26/2007    Page 2 of 2