ORIGINAL

1
2 LEONARDO M. RAPADAS
United States Attorney
3 MARIVIC P. DAVID
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortes
5 Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
6 Telecopier: (671) 472-7334/7215

7 Attorneys for United States of America

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE DISTRICT OF GUAM**

10 UNITED STATES OF AMERICA,    )     CRIMINAL CASE NO. 07-00078
    )
11             Plaintiff,   )
    )
12                  )    **UNITED STATES' CALCULATION**
    )    **OF EXCLUDABLE PERIODS**
13        vs.         )    **UNDER THE SPEEDY TRIAL ACT**
    )
14 JUAN C. TENORIO and      )
CHARLENE F. TENORIO,    )
15     )
           Defendants.  )
16 _____)

17      Under the Speedy Trial Act ("STA"), a defendant's trial must begin no later than 70 days

18 from the filing date of the indictment, or from the date the defendant has appeared before a

19 judicial officer of the court in which such charge is pending, whichever date last occurs.

20 18 U.S.C. § 3161(c)(1). Section 3161(h)(1) of Title 18 of the STA provides a non-exhaustive

21 list of proceedings occasioning periods of excludable delay. United States v. Lewis, 980 F.2d

22 555, 564 (9th Cir. 1992)(time periods listed in § 3161(h)(1)(A)-(J) are illustrative and not

23 intended to be exhaustive). The STA excludes certain periods of delay including "other

24 proceedings" involving the defendant and delays resulting from pretrial motions, from the filing

25 of the motion through the conclusion of the hearing or other prompt disposition of such motion.

26 18 U.S.C. §§ 3161(h)(1), and (h)(1)(F).

27      The day a party files a motion, the period in which the motion was pending, and the day

28 the motion was resolved are excludable periods under the STA. United States v. Daychild, 357

F.3d 1082, 1093-94 (9ᵗʰ Cir. 2004). Section 3161(h)(1)(F) also excludes time after a hearing on a motion where the district court awaits additional filings from the parties that are needed for proper disposition of a motion, and such delays need not be limited to reasonably necessary delays. <u>Henderson v. United States</u>, 476 U.S. 321 (1986). Further, a pretrial motion filed by one defendant affects all defendants. 18 U.S.C. § 3161(h)(7); <u>United States v. Wirsing</u>, 867 F.2d 1227, 1230 (9ᵗʰ Cir. 1989).

The following periods are excludable from the STA calculation unless otherwise noted:

| <u>Date</u> | <u>Proceeding or Motion</u> | <u>Effect on STA</u> |
|---|---|---|
| a. August 22, 2007 | Arraignment of both Defendants (Doc. 14) | Day 1 of STA clock 18 U.S.C. § 3161(c)(1) |
| b. August 22, 2007 to September 19, 2007 | Nonexcludable time | Day 29 of STA clock |
| c. September 20, 2007 to _pending_ | Motion to Dismiss Count 1 of indictment by Defendant J. Tenorio (Doc. 22) tolls clock even if rendered moot | Excludable period 18 U.S.C. § 3161(h)(1)(F) <u>Wirsing</u>, 867 F.2d at 1231 |
| d. September 24, 2007 to _pending_ | Motion for Fed.R.Crim.P. 44(c) Inquiry about Propriety of Joint Representation as to both Defendants by USA (Doc. 26) | Excludable period 18 U.S.C. § 3161(h)(1)(F) |
| e. October 10 - 19, 2007 | Motion for Use of Court's Equipment as to both Defendants by USA and Order granting motion (Doc. 42 and 56) | Excludable period 18 U.S.C. § 3161(h)(1)(F) |

Some of the above-referenced motions remain unresolved.

RESPECTFULLY SUBMITTED this 26ᵗʰ day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

-2-