# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00078                                DATE: October 29, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                     Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 1:39:36 - 2:30:47
                                                                   2:37:49 - 3:28:18
CSO: N. Edrosa

---

**APPEARANCES:**

Defendant: Juan C. Tenorio and Charlene F. Tenorio        Attorney: Howard Trapp

☑ Present ☐ Custody ☐ Bond ☑ P.R.           ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Marivic P. David             U.S. Agent:
U.S. Probation: None Present                U.S. Marshal: D. Punzalan / V. Roman
Interpreter:                                Language:

---

**PROCEEDINGS: Pretrial Conference Regarding Dual Representation and Jury Questionnaire**

- Court examined and advised defendants of their rights and the possibility of a conflict as to dual representation.
- Government to submit Amended Jury Questionnaire no later than 12 noon tomorrow.
- Continued Pretrial Conference set for: November 14, 2007 at 1:00 P.M.

NOTES: