ORIGINAL

FILED
DISTRICT COURT OF GUAM

OCT 30 2007 

JEANNE G. QUINATA
Clerk of Court

1  LEONARDO M. RAPADAS
2  United States Attorney
   JEFFREY J. STRAND
3  First Assistant U.S. Attorney
   MARIVIC P. DAVID
4  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
5  108 Hernan Cortez Avenue
6  Hagatna, Guam 96910
   TEL: (671) 472-7332
7  FAX: (671) 472-7334
   Attorneys for the United States of America
8

9              IN THE UNITED STATES DISTRICT COURT

10                 FOR THE DISTRICT OF GUAM

11 | UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO. 07-00078
12 |                                  )
   |               Plaintiff,         )
13 |                                  )
14 |        vs.                       ) **UNITED STATES' AMENDED**
   |                                  ) **[PROPOSED]**
15 |                                  ) **JURY QUESTIONNAIRE**
   | JUAN C. TENORIO and              )
16 | CHARLENE F. TENORIO,             )
   |                                  )
17 |               Defendants.        )
18 |_____)

19     Pursuant to the Order of this Court, the United States hereby submits the attached

20 Amended Jury Questionnaire. Counsel for the defendant has reviewed the questionnaire, and

21 has no objections.

22     RESPECTFULLY SUBMITTED this  30th  day of October, 2007.
23
                                LEONARDO M. RAPADAS
24                              United States Attorney
                                Districts of Guam and NMI
25
26
                           By:  _____
27                              MARIVIC P. DAVID
                                Assistant U.S. Attorney
28

# JURY QUESTIONNAIRE

1.  Name: _____

2.  Age: _____        Sex: _____

3.  Place of Birth: _____

4.  Marital status:
    - _____ Single and never married
    - _____ Currently married and have been for _____ years
    - _____ Single, but married in the past for _____ years
    - _____ Single, but living with non-marital mate for _____ years
    - _____ Widowed, but married in the past for _____ years
    - _____ Other: _____

5.  a.  What neighborhood or community do you live in?

    _____

    b.  How long have you lived on Guam? _____

6.  What is your current job status?

    - _____ Working full-time          _____ Unemployed
    - _____ Working part-time          _____ Homemaker
    - _____ Retired. When? _____     _____ Full-time student

7.  a.  What is you present occupation? (<u>IF RETIRED OR UNEMPLOYED</u>, please answer questions 7a-f based on last full-time occupation.)

    _____

    _____

    b.  Your employer: _____

    c.  Title or position: _____

    d.  How long employed there? _____

-1-

e. What do (did) you do at work? _____

_____

f. Do you supervise other people? Yes _____ No _____ If so, how many? _____

8. Please list your previous jobs and indicate how many years you worked in each:

| **JOB** | **EMPLOYER** | **NUMBER OF YEARS** |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

9. What is the last level of education you completed?

_____ Grade school or less  _____ some college
_____ Some high school  _____ College graduate
_____ High school graduate  _____ Post graduate work
_____ Technical or business school

10. Please name the degrees, if any, you have, the schools and colleges you attended, and your major areas of study:

_____

_____

11. Other educational programs (vocational schools, night schools, part-time study, certification programs) you attended:

_____

_____

-2-

Case 1:07-cr-00078  Document 62  Filed 10/30/2007  Page 3 of 14

12. Have you, your spouse, or parent ever served in the military?  Yes____ No____
    If Yes, please list:

    |  | **YOU** | **SPOUSE OR PARENT** |
    |---|---|---|
    | Branch of Service: | _____ | _____ |
    | Dates of Service: | _____ | _____ |
    | Rank: | _____ | _____ |
    | Where were you/they stationed: | _____ | _____ |
    |  | _____ | _____ |

13. Is your spouse or partner employed? (If no longer married, state former spouse's occupation and employer). Yes____ No____

    a. If Yes, what does he/she do and where is he/she employed? _____

    _____

    b. If No, what work outside the home has he/she ever done? _____

    _____

    c. What other types of jobs has your spouse or partner had in the past?

    _____

14. Have you or anyone close to you ever been investigated by a government agency?

    Yes____ No____    If Yes, please describe the circumstances:

    _____

    _____

15. If you have children, please state:

| AGE | SEX | DOES CHILD LIVE WITH YOU? | EDUCATION | OCCUPATION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

16. Please list all other persons living in your household (except for any parents or children listed above):

| RELATIONSHIP TO YOU | AGE | OCCUPATION | EMPLOYER |
|---|---|---|---|
| | | | |
| | | | |

17. What social, religious, professional or political organizations do you belong to:

18. What are your hobbies and spare time activities, including any volunteer work?

-4-

19. What types of books, TV programs or movies do you enjoy?

    _____

    _____

20. What newspapers and magazines do you regularly read?

    _____

    _____

21. Do you have any bumper stickers on your car, excluding political affiliations or the names of candidates? Yes_____ No_____

    If Yes, what do they say:

    _____

22. Do you consider yourself a leader or a follower?

    _____

23. Have you ever served as a juror in the past? Yes_____ No_____    If Yes, please state:

    | WHEN | WHERE | CIVIL OR CRIMINAL | NATURE OF CASE | REACH A VERDICT? |
    |------|-------|-------------------|----------------|------------------|
    |      |       |                   |                |                  |
    |      |       |                   |                |                  |

24. Have you served as a foreperson on any case? Yes_____ No_____ If Yes, which case:

    _____

25. What qualities do you feel are most important in serving as a juror in a criminal case?

    _____

    _____

-5-

26. Have you or anyone in your family **ever sued** or **been sued** by anyone?

   Yes_____ No_____  If Yes, please explain what happened: _____

   _____

   a. Were you satisfied with the outcome of the case? Yes_____ No_____. Please

   explain: _____

   _____

27. Have you or anyone close to you been the victim of any kind of crime, whether it was reported to law enforcement authorities or not?

   Yes_____ No_____. If Yes:

   | **VICTIM'S RELATIONSHIP TO YOU** | **TYPE OF CRIME** | **REPORTED TO POLICE(Yes/No)** | **WAS ANYONE CAUGHT?** | **CASE OUTCOME** |
   |---|---|---|---|---|
   |  |  |  |  |  |
   |  |  |  |  |  |

   a. Do you feel the justice system worked properly in regard to the situation(s) discussed above? Yes_____ No_____ Please Explain:

   _____

   _____

28. Has any employer of yours been investigated or charged with a crime?

   Yes_____ No_____  If Yes, please describe the circumstances:

   _____

   _____

29. Have you, or any close friends or relatives ever been charged with a crime?

    Yes_____ No_____   If Yes, please list:

    **PERSON CHARGED**      **CRIME(s) CHARGED**      **CASE OUTCOME**

    _____

    _____

30. Do you know any lawyers, judges or court personnel?   Yes_____ No_____

    a.  If Yes, what are their names and describe their relationship to you?

    _____

    _____

31. Have you or any close friends or relatives had any legal training (including law courses, paralegal programs, or on-the-job training)?

    Yes_____ No_____   If Yes, please explain

    _____

32. How do you feel about the way the criminal justice system is working in the United States?

    _____

    _____

33. Pursuant to the United States Constitution, the defendants are presumed innocent unless proven guilty beyond a reasonable doubt. Do you disagree with this?

    Yes_____ No_____   If you disagree, please explain.

    _____

    _____

The defendants in this case are JUAN CRUZ and CHARLENE FRANCES TENORIO, of the Familian Korasan, and they are residents of the village of Barrigada. They have three children: LISA ANN TENORIO, who resides in California; JUANITA TENORIO, who resides in Guam, and works at Guam Community College; and CRISTINA TAITANO, who also resides in Guam and is employed at Juan C. Tenorio Engineers & Associates, Inc.

JUAN CRUZ TENORIO operates a business known as Juan C. Tenorio Engineers & Associates, Inc., and their offices are located at 197 Hernan Cortez Ave., Hagatna, Guam. This business was formerly known as Juan C. Tenorio & Associates, Inc.

34. Do you know either or both of the defendants, JUAN CRUZ and CHARLENE FRANCES TENORIO?

    Yes_____ No_____. If Yes, explain how you know either or both of them:

    _____

    _____

35. Do you know any of the defendants children, LISA ANN TENORIO, JUANITA TENORIO or CRISTINA TAITANO?

    Yes_____ No_____. If Yes, explain how you know any or all of them:

    _____

    _____

36. Do you know anyone who works or has worked for or with either of the defendants, JUAN CRUZ and CHARLENE FRANCES TENORIO?

    Yes_____ No_____. If Yes, please explain:

    _____

    _____

-8-

Case 1:07-cr-00078    Document 62    Filed 10/30/2007    Page 9 of 14

37. Have you or anyone in your immediate family ever done business with either or both of the defendants, JUAN CRUZ and CHARLENE FRANCES TENORIO?

    Yes_____ No_____. If Yes, please explain:

    _____

    _____

38. Have you heard or read anything about the criminal charges brought against the defendants, JUAN CRUZ and CHARLENE FRANCES TENORIO?

    Yes_____ No_____

    If Yes, what have you read or heard about this case from any source?

    _____

    _____

39. Have you formed an opinion as to the guilt or innocence of either or both of the defendants, JUAN CRUZ and CHARLENE FRANCES TENORIO?

    Yes_____ No_____

40. Have you or anyone in your immediate family ever considered filing for or did file for bankruptcy protection?

    Yes_____ No_____. If Yes, please explain:

    _____

    _____

    a. Were you satisfied with the outcome of the case?

    Yes_____ No_____. If Yes, please explain:

    _____

    _____

41. Is there anything about the nature of this case that would make it difficult for you to be a fair and impartial juror in this trial?

    Yes_____ No_____ If Yes, please explain: _____

    _____

42. Do you have any specific health problems of a serious nature that might make it difficult for you to sit as a juror on this case which may last one week?

    If so, please describe: _____

    _____

43. If you have children living at home, will caring for them interfere with your ability to serve on this jury?

    If so, please describe: _____

    _____

44. Is there any matter not covered by this questionnaire that should be brought to the attention of the court because it would affect your ability to be a fair and impartial juror?

    Yes_____ No_____ . If Yes, please explain: _____

    _____

45. Is there any matter you would prefer to discuss privately with the court?

    Yes_____ No_____ If Yes, please explain: _____

    _____

46. These attorneys will be appearing for the parties in this case:

>HOWARD TRAPP
>Attorney for Defendants
>
>JEFFREY J. STRAND
>First Assistant U.S. Attorney
>
>MARIVIC P. DAVID
>Assistant U.S. Attorney
>
>Do you know either of them? If so, please explain what your relationship is:
>
>_____
>
>_____

47. During the trial, the following people may be called to testify or may be referred to. Please look over the list and note any person you are related to, do business with, or socialize with, or have done business with or have socialized with in the past. At the end of the list, please indicate your relationship to any of the potential witnesses or how you have heard of them.

>GEORGE M. BUTLER
>Law Offices of Butler & Telford-Butler
>Hagatna, GU
>
>VINCENT CALVO
>Calvo Enterprises
>Songsong, Rota, CNMI
>
>RICHARD CARROL
>Knights of Columbus
>New Haven, CT
>
>RAYMOND CHAN
>Tinian Dynasty Hotel & Casino
>Tinian, CNMI
>
>CURTIS CHING
>Office of the U.S. Trustee
>Honolulu, HI

Case 1:07-cr-00078    Document 62    Filed 10/30/2007    Page 12 of 14

TAI LEE
Special Agent, Internal Revenue Service
Hagatna, GU

ROBERT STEFFY
Certified Public Accountant
Hagatna, GU

MERCED M. TOMOKANE
Bank of Guam Representative
Saipan, CNMI

BUENALYN VELESRUBIO
LBC Guam
Dededo, GU

ALFRED YUE
Tinian Dynasty Hotel & Casino
Tinian, CNMI

_____

_____

_____

_____

_____

_____

_____

_____

_____

I, _____ declare under penalty of perjury that the foregoing
      (Print Name)

answers set forth on pages 1 through 12 of this Jury Questionnaire are true and correct to the best

of my knowledge and belief.

_____
(Signature)


**Upon completion of this questionnaire, each Juror must personally deliver the completed questionnaire to the District Court of Guam, attn: Jury Administrator, Clerk's Office.**

**Deadline for submission is _____**