Erratum.wpd

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

NOV 21 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JUAN C. TENORIO and<br>CHARLENE F. TENORIO,<br><br>　　　　　Defendants. | CRIMINAL CASE NO. 07-00078<br><br>**ERRATUM**<br><br>**UNITED STATES'**<br>**WITNESS LIST** |

COMES NOW the United States and hereby files with the Court an Erratum to correct the text, in the above styled matter, to reflect "Richard Carroll, Knights of Columbus" versus "Richard Carol, Nights of Columbus."

Respectfully submitted this 21st day of November, 2007.

　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　　　　By:　　　/s/ Marivic P. David
　　　　　　　　　　　　　　　　MARIVIC P. DAVID
　　　　　　　　　　　　　　　　Assistant U.S. Attorney