Erratum.wpd

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV 27 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JUAN C. TENORIO and<br>CHARLENE F. TENORIO,<br><br>  Defendants. | CRIMINAL CASE NO. 07-00078<br><br>**ERRATUM**<br><br>**UNITED STATES'**<br>**WITNESS LIST** |

COMES NOW the United States and hereby files with the Court an Erratum to correct the text, in the above styled matter, to reflect the witnesses' true name as "Chi Kwong Chan," Tinan Dynasty Hotel & Casino, versus "Raymond Chan."

Respectfully submitted this 27th day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney