(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendants

**FILED**
DISTRICT COURT OF GUAM

DEC - 6 2007 

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

-----------

| | |
|---|---|
| UNITED STATES OF AMERICA, ( | Criminal Case No. 07-00078 |
| ) | |
| Plaintiff, ( | MOTION TO STRIKE |
| ) | MATTER AS SURPLUSAGE |
| vs. ( | |
| ) | (Fed. R. Crim. P. 7(d)) |
| JUAN C. TENORIO and ( | |
| CHARLENE F. TENORIO, ) | |
| ( | |
| Defendants. ) | |

-----------

Defendants respectfully move to strike from the indictment the allegation that accounts receivable of approximately $74,817.05 from a contract by and between Juan C. Tenorio & Associates, Inc. and Hong Kong Entertainment (Overseas) Investments Limited regarding architectural, engineering, and landscaping services provided by Juan C. Tenorio & Associates, Inc. for the Tinian

(MOTION TO STRIKE MATTER AS SURPLUSAGE (Fed. R. Crim. P. 7(d)))
Criminal Case No. 07-00078

Dynasty Hotel and Casino, formerly known as Tinian Casino Palace Hotel, were property belonging to the estate of the debtors, Juan C. Tenorio and Frances C. Tenorio, on the grounds that the allegation is not relevant to the charge of unlawful concealment of assets in connection with a bankruptcy case and that it is prejudicial to Defendants.

Dated at Hagåtña, Guam, this 6th day of December, 2007.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendants

(DOC/Motions/StrikeSurplus.JCTaitano)

2

Case 1:07-cr-00078  Document 74  Filed 12/06/2007  Page 2 of 2