# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-07-00078                              DATE: December 06, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                              Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez          Electronically Recorded: 9:58:27 - 11:16:20
                                                                            11:36:17 - 12:28:30
                                                                            1:43:02 - 3:10:58
                                                                            3:35:34 - 3:59:56
                                                                            4:18:14 - 4:51:57

CSO: D. Quinata / F. Tenorio / J. Lizama / L. Ogo

**APPEARANCES:**

Defendant: Juan C. Tenorio                         Attorney: Howard Trapp
           and Charlene F. Tenorio

  Present   Custody   Bond   P.R.                    Present   Retained   FPD   CJA

U.S. Attorney: Marivic P. David                    U.S. Agent: K. Klocke - F.B.I. and T. Lee - I.R.S.
U.S. Probation: None Present                       U.S. Marshal: V. Roman / T. Muna / G. Perez
Interpreter:                                       Language:

**PROCEEDINGS: Jury Trial**
- Day no. 1 of trial.
- Voir dire begun.
- Voir dire held.
- Jury empaneled and sworn.
- Mr. Trapp briefly argues the Motion to Strike Matter as Surplusage and Objection to Admission of Evidence filed this afternoon.
- Government's response due by 8:30 a.m. tomorrow.
- Oral argument on the Motion to Strike Matter as Surplusage and Objection to Admission of Evidence set for: December 7, 2007 at 9:00 a.m.
- Jury Trial continued to: December 7, 2007 at 10:00 a.m.
- Jurors were instructed to report in by 9:45 a.m.

NOTES: