| | | | |
|---|---|---|---|
| AO 435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>TRANSCRIPT ORDER<br>*Read Instructions on Back.* | | FOR COURT USE ONLY<br>DUE DATE: |

| 1. NAME<br>MARIVIC P. DAVID | 2. PHONE NUMBER<br>479-4120 | 3. DATE<br>12/7/2007 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>108 HERNAN CORTEZ AVE., STE. 500 | 5. CITY<br>HAGATNA | 6. STATE<br>GU | 7. ZIP CODE<br>96910 |
| 8. CASE NUMBER<br>07-00078 | 9. JUDICIAL OFFICIAL<br>FTG | DATES OF PROCEEDINGS | |
| | | 10. FROM 12/7/2007 | 11. TO 12/7/2007 |
| 12. CASE NAME<br>U.S. V. JUAN C. TENORIO, ET AL. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY HAGATNA | 14. STATE GU |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | MOTION HEARING | 12/7/2007 |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [X] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *(signed)*

19. DATE 12/7/2007

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

**FILED**
DISTRICT COURT OF GUAM
DEC -7 2007
JEANNE G. QUINATA
Clerk of Court

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| TRANSCRIPT ORDERED | | | LESS DEPOSIT | |
| TRANSCRIPT RECEIVED | | | TOTAL REFUNDED | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

Case 1:07-cr-00078 Document 79 Filed 12/07/2007 Page 1 of 1

(Previous editions of this form may still be used)    ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY