**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-07-00078　　　　　　　　　　DATE: December 12, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 8:33:18 - 9:25:10
　　　　　　　　　　　　　　　　　　　　　　　　　　　　9:56:31 - 10:06:31
CSO: D. Quinata

**APPEARANCES:**

Defendant: Juan C. Tenorio and Charlene F. Tenorio　　Attorney: Howard Trapp

　Present　Custody　Bond　P.R.　　　　　Present　Retained　FPD　CJA

U.S. Attorney: Marivic P. David　　　　　U.S. Agent:
U.S. Probation: None Present　　　　　　U.S. Marshal: G. Perez
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Motion for Reconsideration**

- Court reversed the previous ruling on the Motion to Strike Matter as Surplusage.
- Motion for Reconsideration was <u>granted</u>.
- Order to be issued by: <u>Court</u>.
- Defense raised his objection to the Court's ruling and a blanket objection to the admission of any evidence being entered that had to deal with that charge.

NOTES: