**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**TRIAL**

CASE NO.: CR-07-00078                     DATE: December 17, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 10:44:51 - 12:14:25 |
| | 1:29:28 - 2:47:44 |
| | 3:14:53 - 4:25:26 |

CSO: J. Lizama

**APPEARANCES:**

Defendant: Juan C. Tenorio and Charlene F. Tenorio        Attorney: Howard Trapp

   Present   Custody   Bond   P.R.                       Present   Retained   FPD   CJA

U.S. Attorney: Marivic P. David                            U.S. Agent: K. Klocke, F.B.I.
                                                                       T. Lee, I.R.S.

U.S. Probation: None Present                               U.S. Marshal: G. Perez
Interpreter:                                               Language:

**PROCEEDINGS: Jury Trial**
- Day no. 4 of trial.
- Opening statement by the <u>defendant</u>.
- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Trial continued to: <u>December 18, 2007 at 1:00 p.m.</u>
- Jurors were instructed to report in by 12:45 p.m. tomorrow.
- Defense's oral Motion for Judgment of Acquittal was denied.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Juan C. Tenorio and Charlene F. Tenorio | Case Number: **CR-07-00078-001** |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Frances M. Tydingco-Gatewood | **Marvic David** | **Howard Trapp** |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| December 12-14, 2007 | Wanda Miles | Leilani Toves Hernandez |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 10:06:31 commence trial; jury instructions given |
| | | | | | | **Curtis Ching called and sworn** |
| | | | | | | DX by Ms. David |
| | 1 | | 12/12/07 | 12/12/07 | 12/12/07 | Individual Bankruptcy Petition (Bates # 008 - 201) |
| | 2 | | 12/12/07 | 12/12/07 | 12/12/07 | Corporate Bankruptcy Petition (Bates # 224 - 384) |
| | 34 | | 12/12/07 | 12/12/07 | 12/12/07 | Articles of Incorporation & Bylaws of Juan C. Tenorio & Associates, Inc. (Bates # 903 - 930) |
| | | | | | | *10:56:42 - 11:07:41    Recess* |
| | | | | | | 11:49:15 End DX |
| | | | | | | *11:50:05 - 1:16:18    Lunch Break* |
| | | | | | | CX by Mr. Trapp |
| | | | | | | 1:29:46 End CX |
| | | | | | | Re-DX by Ms. David |
| | 1 | | 12/12/07 | 12/12/07 | 12/12/07 | Individual Bankruptcy Petition (Bates # 008 - 201) |
| | | | | | | 1:42:34 Witness excused |
| | | | | | | **Vicente Mendiola Calvo, called and sworn** |
| | | | | | | DX by Ms. David |
| | 27 | | 12/12/07 | 12/12/07 | 12/12/07 | Warranty Deed executed by Vincent M. Calvo and Salomae H. Calvo dtd 9/4/96 (Bates #001-003, 007) |
| | 28 | | 12/12/07 | 12/12/07 | 12/12/07 | Promissory Note executed by Juan Cruz Tenorio in favor of Vincent M. Calvo and Salomae H. Calvo dtd 9/4/96 (Bates #006) |
| | 29 | | 12/12/07 | 12/12/07 | 12/12/07 | Check Payments to Vincent Calvo by Juan C. Tenorio (Bates #814 -821) |
| | | | | | | 2:05:15 End DX |
| | | | | | | CX by Mr. Trapp |
| | 27 | | 12/12/07 | 12/12/07 | 12/12/07 | Warranty Deed executed by Vincent M. Calvo and Salomae H. Calvo dtd 9/4/96 (Bates #001-003, 007) |
| | | | | | | 2:09:20 End CX; no further examination - witness excused |
| | | | | | | **Richard B. Carrol, called and sworn** |
| | | | | | | DX by Ms. David |
| | 25 | | 12/12/07 | 12/12/07 | 12/12/07 | Charlene Tenorio Facsimile to Knights of Columbus dtd 5/18/01 (Bates #215-216) |
| | 26 | | 12/12/07 | 12/12/07 | 12/12/07 | Knights of Columbus Letters re: Policy No. XX4940, XX9817, and XX 7033, dtd 5/24/01 (Bates # 217-220) |
| | 33 | | 12/12/07 | 12/12/07 | 12/12/07 | Juan C. Tenorio Facsimiles to Knights of Columbus Loan Department dtd 6/18/03 & 9/2/03 |
| | | | | | | 2:26:05 End DX; no further examination - witness excused |
| | | | | | | *2:28:30 - 2:48:57    Recess* |
| | | | | | | **Merced M. Tomokane, called and sworn** |

| PRESIDING JUDGE Frances M. Tydingco-Gatewood | | | | | PLAINTIFF'S ATTORNEY **Marvic David** | DEFENDANT'S ATTORNEY **Howard Trapp** |
|---|---|---|---|---|---|---|
| HEARING DATE (S) December 12-14, 2007 | | | | | COURT REPORTER Wanda Miles | COURTROOM DEPUTY Leilani Toves Hernandez |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | DX by Ms. David |
| | 4 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Deposit Agreement & Signature Card, Account # XXXXXX5479 (Bates # 805 - 806) |
| | 5 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Account # XXXXX5479 Statements and Deposit Items (Bates # 595 - 636, 807-808) |
| | 6 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Account # XXXXX5886 Statements (Bates # 637-664) |
| | 7 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Promissory Note dtd 1/12/99 (Bates # 541 - 544) |
| | 8 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Loan Payment Records (Bates # 521-540, 545-592, 777-804) |
| | 9 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Personal Financial Statement (Bates # 24-745) |
| | 10 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Personal Financial Statement dtd 6/30/02 (Bates # 746, 748) |
| | 11 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Personal Financial Statement dtd 9/28/01 (Bates # 749-752) |
| | 12 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Account Statement and Deposit Items (Bates #202-205, 690, 822-823) |
| | | | | | | 3:31:41 End DX |
| | | | | | | CX by Mr. Trapp |
| | 7 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Promissory Note dtd 1/12/99 (Bates # 541 - 544) |
| | | | | | | 3:33:33 End CX; no further examination - witness excused |
| | | | | | | 3:50:39   END DAY 2 |
| | | | | | | *9:25:56   BEGIN DAY 3* |
| | | | | | | **Alfred Yue, called and sworn** |
| | | | | | | DX by Ms. David |
| | 13 | | 12/13/07 | 12/13/07 | 12/13/07 | Hong Kong Entertainment (Overseas) Investments Ltd. Contract dtd 3/25/96 (Bates #385-395) |
| | 14 | | 12/13/07 | 12/13/07 | 12/13/07 | Hong Kong Entertainment (Overseas) Investments Ltd. Contract Amended dtd 11/19/96 (Bates #396-398) |
| | 15 | | 12/13/07 | 12/13/07 | 12/13/07 | Hong Kong Entertainment (Overseas) Investments Ltd. Contract Amendment dtd 8/7/97 (Bates #491-492) |
| | 16 | | 12/13/07 | 12/13/07 | 12/13/07 | Juan C. Tenorio & Associates, Inc. Request for Payment dtd 4/15/99 (Bates # 493) |
| | 17 | | 12/13/07 | 12/13/07 | 12/13/07 | Tinian Dynasty Letter dtd 2/24/00, re: Payment for Balance of. Contract (Bates # 498) |
| | | | | | | 9:53:43  End DX |
| | | | | | | CX by Mr. Trapp |
| | 15 | | 12/13/07 | 12/13/07 | 12/13/07 | Hong Kong Entertainment (Overseas) Investments Ltd. Contract Amendment dtd 8/7/97 (Bates #491-492) |
| | | | | | | 9:55:23 End CX; Re-DX by Ms. David |
| | 15 | | 12/13/07 | 12/13/07 | 12/13/07 | Hong Kong Entertainment (Overseas) Investments Ltd. Contract Amendment dtd 8/7/97 (Bates #491-492) |
| | 16 | | 12/13/07 | 12/13/07 | 12/13/07 | Juan C. Tenorio & Associates, Inc. Request for Payment dtd 4/15/99 (Bates # 493) |
| | | | | | | 9:57:30 End Re-DX |
| | | | | | | No further examination; witness excused |
| | | | | | | **Raymond Chan, called and sworn** |
| | | | | | | DX by Ms. David |
| | 18 | | 12/13/07 | 12/13/07 | 12/13/07 | Juan C. Tenorio & Associates Facsimile to Raymond Chan dtd 1/4/01 (Bates # 499) |
| | 19 | | 12/13/07 | 12/13/07 | 12/13/07 | Tinian Dynasty Hotel & Casino Account Reconciliation dtd 1/31/00 (Bates # 495) |
| | 20 | | 12/13/07 | 12/13/07 | 12/13/07 | Juan C. Tenorio & Associates Facsimile to Raymond Chan dtd 1/29/01 (Bated # 494) |
| | 21 | | 12/13/07 | 12/13/07 | 12/13/07 | Juan C. Tenorio & Associates Facsimile to Raymond Chan dtd 3/15/02 (Bated # 497) |

Page -2-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 22 | | 12/13/07 | 12/13/07 | 12/13/07 | Tinian Dynasty Hotel & Casino Schedule of Payment dtd 8/31/02 (Bates #496) |
| | 23 | | 12/13/07 | 12/13/07 | 12/13/07 | Tinian Dynasty Hotel & Casino Negotiated Checks (Bates # 665-689, 691-705) and Wire Transfer Receipts from Dao Heng Bank Ltd. (Bates #405, 407, 409, 411, 413, 415, 417, 419, 421,423, 425, 427, 429, 431, 433, 435, 437, 439, 441, 443, 445) |
| | | | | | | 10:32:03 End DX; no further examination |
| | | | | | | witness excused |
| | | | | | | *10:33:30 - 10:49:43   Recess* |
| | | | | | | **Robert Joseph Steffy, called and sworn** |
| | | | | | | DX by Ms. David |
| | 30 | | 12/13/07 | 12/13/07 | | One (1) Audio Cassette [341(a) Meeting of 4/16/02] |
| | 30a | | 12/13/07 | 12/13/07 | | Transcript of 341(a) Meeting of 4/16/02 |
| | 30b | | 12/13/07 | 12/13/07 | 12/13/07 | One (1) Compact Disc containing digital audio excerpt of the 341(a) Meeting of 4/16/02 |
| | 1 | | 12/12/07 | 12/12/07 | 12/12/07 | Individual Bankruptcy Petition (Bates # 008 - 201) |
| | 23 | | 12/13/07 | 12/13/07 | 12/13/07 | Tinian Dynasty Hotel & Casino Negotiated Checks (Bates # 665-689, 691-705) and Wire Transfer Receipts from Dao Heng Bank Ltd. (Bates #405, 407, 409, 411, 413, 415, 417, 419, 421,423, 425, 427, 429, 431, 433, 435, 437, 439, 441, 443, 445) |
| | 27 | | 12/12/07 | 12/12/07 | 12/12/07 | Warranty Deed executed by Vincent M. Calvo and Salomae H. Calvo dtd 9/4/96 (Bates #001-003, 007) |
| | 28 | | 12/12/07 | 12/12/07 | 12/12/07 | Promissory Note executed by Juan Cruz Tenorio in favor of Vincent M. Calvo and Salomae H. Calvo dtd 9/4/96 (Bates #006) |
| | | | | | | 11:18:50 End DX |
| | | | | | | CX by Mr. Trapp |
| | | | | | | 11:19:58  End CX; no further examination |
| | | | | | | witness excused |
| | | | | | | **Tai K. Lee, called and sworn** |
| | | | | | | DX by Ms. David |
| | 32 | | 12/13/07 | 12/13/07 | 12/13/07 | Summary Chart re: Payments from Tinian Dynasty Hotel & Casino |
| | 32a | | 12/13/07 | 12/13/07 | 12/13/07 | Summary Chart Documents |
| | 1 | | 12/12/07 | 12/12/07 | 12/12/07 | Individual Bankruptcy Petition (Bates # 008 - 201) |
| | | | | | | *11:47:OO - 1:10:44   Lunch Break* |
| | | | | | | **Curtis Ching recalled to the stand** |
| | | | | | | DX by Ms. David |
| | 27 | | 12/12/07 | 12/12/07 | 12/12/07 | Warranty Deed executed by Vincent M. Calvo and Salomae H. Calvo dtd 9/4/96 (Bates #001-003, 007) |
| | 28 | | 12/12/07 | 12/12/07 | 12/12/07 | Promissory Note executed by Juan Cruz Tenorio in favor of Vincent M. Calvo and Salomae H. Calvo dtd 9/4/96 (Bates #006) |
| | 1 | | 12/12/07 | 12/12/07 | 12/12/07 | Individual Bankruptcy Petition (Bates # 008 - 201) |
| | 26 | | 12/12/07 | 12/12/07 | 12/12/07 | Knights of Columbus Letters re: Policy No. XX4940, XX9817, and XX 7033, dtd 5/24/01 (Bates # 217-220) |
| | 17 | | 12/13/07 | 12/13/07 | 12/13/07 | Tinian Dynasty Letter dtd 2/24/00, re: Payment for Balance of. Contract (Bates # 498) |
| | 18 | | 12/13/07 | 12/13/07 | 12/13/07 | Juan C. Tenorio & Associates Facsimile to Raymond Chan dtd 1/4/01 (Bates # 499) |
| | 10 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Personal Financial Statement dtd 6/30/02 (Bates # 746, 748) |
| | 9 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Personal Financial Statement (Bates # 24-745) |
| | 32 | | 12/13/07 | 12/13/07 | 12/13/07 | Summary Chart re: Payments from Tinian Dynasty Hotel & Casino |
| | | | | | | 2:33:15 End DX |

| PRESIDING JUDGE Frances M. Tydingco-Gatewood | | | | | PLAINTIFF'S ATTORNEY **Marvic David** | DEFENDANT'S ATTORNEY **Howard Trapp** |
|---|---|---|---|---|---|---|
| HEARING DATE (S) December 12-14, 2007 | | | | | COURT REPORTER Wanda Miles | COURTROOM DEPUTY Leilani Toves Hernandez |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | CX by Mr. Trapp |
| | | | | | | 2:39:52 End CX |
| | | | | | | Re-DX by Ms. David |
| | 17 | | 12/13/07 | 12/13/07 | 12/13/07 | Tinian Dynasty Letter dtd 2/24/00, re: Payment for Balance of Contract (Bates # 498) |
| | | | | | | 2:41:42 End Re-DX; no further examination |
| | | | | | | witness excused |
| | | | | | | 2:43:43 GOVERNMENT RESTED |
| | | | | | | *Court and parties discuss jury instructions* |
| | | | | | | **4:31:23    END DAY 3** |
| | | | | | | *10:44:51    BEGIN DAY 4* |
| | | | | | | Opening Statement by Mr. Trapp |
| | | | | | | **Juan Cruz Tenorio, called and sworn** |
| | | | | | | DX by Mr. Trapp |
| | | | | | | 11:04:29 End DX |
| | | | | | | CX by Ms. David |
| | 12 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Account Statement and Deposit Items (Bates #202-205, 690, 822-823) |
| | 1 | | 12/12/07 | 12/12/07 | 12/12/07 | Individual Bankruptcy Petition (Bates # 008 - 201) |
| | 10 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Personal Financial Statement dtd 6/30/02 (Bates # 746, 748) |
| | 9 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Personal Financial Statement (Bates # 24-745) |
| | 18 | | 12/13/07 | 12/13/07 | | Juan C. Tenorio & Associates Facsimile to Raymond Chan dtd 1/4/01 (Bates # 499) |
| | 6 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Account # XXXXX5886 Statements (Bates # 637-664) |
| | 21 | | 12/13/07 | 12/13/07 | 12/13/07 | Juan C. Tenorio & Associates Facsimile to Raymond Chan dtd 3/15/02 (Bated # 497) |
| | 32 | | 12/13/07 | 12/13/07 | 12/13/07 | Summary Chart re: Payments from Tinian Dynasty Hotel & Casino |
| | 32a | | 12/13/07 | 12/13/07 | 12/13/07 | Summary Chart Documents |
| | 4 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Deposit Agreement & Signature Card, Account # XXXXXX5479 (Bates # 805 - 806) |
| | 23 | | 12/13/07 | 12/13/07 | 12/13/07 | Tinian Dynasty Hotel & Casino Negotiated Checks (Bates # 665-689, 691-705) and Wire Transfer Receipts from Dao Heng Bank Ltd. (Bates #405, 407, 409, 411, 413, 415, 417, 419, 421,423, 425, 427, 429, 431, 433, 435, 437, 439, 441, 443, 445) |
| | 30b | | 12/13/07 | 12/13/07 | 12/13/07 | One (1) Compact Disc containing digital audio excerpt of the 341(a) Meeting of 4/16/02 |
| | | | | | | 12:11:40 End CX |
| | | | | | | Re-DX by Mr. Trapp |
| | | | | | | 12:12:07 - End Re-DX |
| | | | | | | Re-CX by Ms. David |
| | | | | | | 12:13:23 End Re-DX |
| | | | | | | *12:14:25 - 1:29:28   Lunch Break* |
| | | | | | | **Charlene Frances Tenorio, called and sworn** |
| | | | | | | DX by Mr. Trapp |
| | | | | | | 1:51:29 End DX |
| | | | | | | CX by Ms. David |
| | 25 | | 12/12/07 | 12/12/07 | 12/12/07 | Charlene Tenorio Facsimile to Knights of Columbus dtd 5/18/01 (Bates #215-216) |
| | 26 | | 12/12/07 | 12/12/07 | 12/12/07 | Knights of Columbus Letters re: Policy No. XX4940, XX9817, and XX 7033, dtd 5/24/01 (Bates # 217-220) |
| | 1 | | 12/12/07 | 12/12/07 | 12/12/07 | Individual Bankruptcy Petition (Bates # 008 - 201) |
| | | | | | | 2:37:39 End CX; no further examination |
| | | | | | | witness excused |

Page -4-

| PRESIDING JUDGE Frances M. Tydingco-Gatewood | | | | | | PLAINTIFF'S ATTORNEY **Marvic David** | DEFENDANT'S ATTORNEY **Howard Trapp** |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) December 12-14, 2007 | | | | | | COURT REPORTER Wanda Miles | COURTROOM DEPUTY Leilani Toves Hernandez |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | 2:37:48 DEFENSE RESTED; No rebuttal witnesses for Government | |
| | | | | | | 2:40:40 Jurors excused for the day | |
| | | | | | | *Court and parties discuss revised jury instructions* | |
| | | | | | | **425:26 END DAY 4** | |

Page -5-