

FILED
DISTRICT COURT OF GUAM
DEC 19 2007
JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00078 |
| Plaintiff, | |
| vs. | **JURY NOTE** |
| JUAN C. TENORIO, and CHARLENE F. TENORIO, | |
| Defendants. | |

WE, THE JURY: _have unanimously reached a verdict in both parties' case._

Foreperson Initials: _JL_  Time Received by Court: _3:46 p.m._
Dated: _12/19/07_  Received By: _BHernan_

COURT'S RESPONSE: _____

Date: _____

Frances M. Tydingco-Gatewood, Chief Judge
District Court of Guam