# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00078                    DATE: December 19, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber                    Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 9:58:12 - 10:08:30
                                                                      4:15:56 - 4:30:10
CSO: L. Ogo / D. Quinata

**APPEARANCES:**

Defendant: Juan C. Tenorio and Charlene F. Tenorio        Attorney: Howard Trapp

   Present   Custody   Bond   P.R.            Present   Retained   FPD   CJA

U.S. Attorney: Marivic P. David          U.S. Agent: K. Klocke, F.B.I.
U.S. Probation: Carleen Borja            U.S. Marshal: R. Lumagui
Interpreter:                             Language:

**PROCEEDINGS: Jury Trial - Deliberation**

- Day no. 6 of trial.
- Court and parties discuss amendment to special verdict form.
- Court re-instructs jurors regarding verdict forms.
- Jury commence deliberation.
- Jury returns verdict at 3:46 p.m.
- Jury verdict:
  Juan C. Tenorio - Guilty as to accounts of approximately $17,817.05.
  Charlene F. Tenorio - Guilty as to interest in insurance policy numbers H64940, P39817, and J57033.
- Jury polled.
- Sentencing set for: March 19, 2008 at 9:00 a.m.
- Draft Presentence Report due to the parties: 2/13/2008
- Response to Presentence Report: 2/27/2008
- Final Presentence Report due to the Court: 3/12/2008
- Both defendants released on conditions previously ordered.

NOTES: