**FILED**
DISTRICT COURT OF GUAM

DEC 1 9 2007

JEANNE G. QUINATA 
Clerk of Court

## DISTRICT COURT OF GUAM

-----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 07-00078 |
| | ) | |
| Plaintiff, | ( | <u>V E R D I C T</u> |
| | ) | |
| vs. | ( | |
| | ) | |
| CHARLENE F. TENORIO, | ( | |
| | ) | |
| Defendant. | ( | |

-----------

We, the jury in the above entitled case, unanimously find defendant

**CHARLENE F. TENORIO**

☐ NOT GUILTY

☒ GUILTY

of the offense of bankruptcy fraud, as charged in the indictment.

Dated: December 19, 2007

_____
FOREPERSON

    If you find the defendant, **CHARLENE F. TENORIO, NOT GUILTY, STOP HERE.**
    If you find the defendant, **CHARLENE F. TENORIO, GUILTY,** continue on to the Interrogatory for **CHARLENE F. TENORIO.**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00078 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **INTERROGATORY** |
| JUAN C. TENORIO and | ) | **CHARLENE F. TENORIO** |
| CHARLENE F. TENORIO, | ) | |
| Defendants. | ) | |

## BANKRUPTCY FRAUD

### INTERROGATORY:

What property have you, the jury in the above entitled case, unanimously found, beyond a reasonable doubt, to have been knowingly and fraudulently concealed by the defendant, CHARLENE F. TENORIO?

### ANSWER:

The property which we, the Jury, in the above entitled case, have unanimously found, beyond a reasonable doubt, to have been knowingly and fraudulently concealed by the defendant, CHARLENE F. TENORIO is the following:

☐ Accounts receivable of approximately $74,817.05 from a contract between Juan C. Tenorio & Associates, Inc. and Hong Kong Entertainment (Overseas) Investments Limited regarding architectural, engineering, and landscaping

services provided by Juan C. Tenorio & Associates, Inc. for the Tinian Dynasty Hotel and Casino, formerly known as Tinian Casino Palace Hotel.

☑ Interest in:

| Policy No. | Insured | Owner |
|---|---|---|
| H64940 | Juan Tenorio | Juan Tenorio |
| P39817 | Juan Tenorio | Juan Tenorio |
| J57033 | Charlene Tenorio | Charlene Tenorio |

☐ Interest in:

LOT NUMBER 209-R01-3, TRACT NUMBER 22197, ROTA, MP, containing an area of approximately 2,000 square meters, under which the basic lot is shown as Lot Number 209 R 01, located in Gaganin Hulo, Rota Municipality, Commonwealth of the Northern Mariana Islands, on the Drawing/Cadastral Plat Number 209 R00, the original of which was registered with the Commonwealth Recorder's Office under File Number 89-3204, on September 25, 1989.

DATED this 19th day of December, 2007, at Hagatna, Guam.

_____
FOREPERSON

-3-