# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CHARLENE F. TENORIO ) <br> ) <br> Defendant. ) <br> ) | USDC Cr. Cs. No. 07-00078-002 <br><br> **REQUEST TO CONTINUE SENTENCING HEARING** |

COMES NOW, the United States Probation Officer respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for June 2, 2008. The probation officer requests that the Court continue sentencing to August 8, 2008. The continuance is necessary for this officer to review the defendant's personal records and research the defendant's financial history. Both parties have no objections to a continuation.

RESPECTFULLY submitted this  13th  day of May 2008.

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: /s/ STEPHEN P. GUILLIOT
U.S. Probation Officer