April 17, 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910



**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio
CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

Charlene Tenorio and I first met in 2002, when we moved to Guam. A friend of my daughter recommended her as an instructor in dressage. We continue working with her up to this time, and have developed both a business and personal relationship.

I find Charlene to be extremely hardworking, diligent, and dedicated as an individual. She has always been honest, trusting, forthright and forthcoming in our friendship. Having worked closely with her at the ranch we have shared many trying times, but she remains constant and persistent in maintaining her business. She is nurturing, generous, a great instructor, and a caring individual. As a horse lover, I admire her for her strength, bravery, knowledge and common sense.

Charlene is well acquainted with a wide variety of people on the island, many are past students and their parents; others have known her through her and Juan's businesses, and their church. She regularly keeps contact with her acquaintances, even those that are no longer here on Guam. I know she has been involved in the 4-H Club, Girl Scouts, and even in aiding and rescuing horses from the Southern Comfort Ranch.

I hope this will assist you in knowing Charlene better whom I consider a good friend and whom her students and horses need. If you require further information please feel free to contact me at 472-3332.

Sincerely yours,

Patricia-Lil Bliss