Vivian B. Smith
511 Julian Avenue
Honolulu, HI 96818

April 10, 2008

**FILED**
**DISTRICT COURT OF GUAM**

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio,
CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

I have known Charlene Tenorio since September, 2004. Our relationship began when my daughters and I started horseback riding at her ranch. I worked and rode at the ranch at least four days each week until we moved in June, 2006. Charlene is a very responsible horse owner and all of her animals are well cared for. Charlene was always fair and honest in all of our transactions.

As we got to know each other better, I learned that Charlene is a devout Catholic. As I became involved with some projects to help Catholic Charities Women and Children's shelter, Charlene enthusiastically pitched in with donations and advice.

Charlene has been of great service to Guam in her efforts to help rescue the neglected horses on the island. She has put a lot of money and effort into the welfare of these animals.

I know Charlene to be a person of good character who makes decisions based on what is right, not what is easy.

Sincerely,

Vivian B. Smith

Vivian B. Smith

US Attorney's Office
Districts of Guam & NMI

JUL 25 2008
Time _____ 935
Receiving name _____ JJ
Date keyed in Dbase _____
Entered into Dbase by: _____

RECEIVED
U.S. Probation Office

JUL 2 5 2008

Districts of Guam
and NMI