

# Animal Medical Clinic

505 Harmon Loop., Suite 100 Dededo, Guam 96929 Tel (671) 637-VETS (8387) • Fax: 637-8424

June 1, 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio,
CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood,

I am writing on behalf of Mrs. Charlene Tenorio, whom I've known for 12 years. She has been a loyal and compassionate client of mine at the Animal Medical Clinic, where she has had her animals treated for all these years.

Over the years I have tended to Charlene's animals, I have grown to enjoy her company and appreciate her deep compassion to the animals she takes such good care of. I have grown to trust her and admire her devotion to her loved ones. Even during hard times, such as after typhoons, she unceasingly cared for ranch horses and showed true character and sacrificed greatly her time and resources to help those animals of hers (and others) that really needed assistance. While this may initially seem rather insignificant, I beg to differ, as it is to the family we care, especially those unable to care for themselves, that we show our true character. While I am but a small man, if I may paraphrase the great Mr. Gandhi "The greatness of a nation and its moral progress can be judged by the way its animals are treated" – Charlene certainly is a great example to many. She treats others, animals and humans, with respect and kindness- and not just her own.

Charlene has become a good friend of ours over the years, and a most respected member of the animal community. She has always been honest, compassionate and caring.

We appreciate your attention to our letter.

Sincerely,

Dr and Mrs. Kevin Malakooti

Case 1:07-cr-00078    Document 119    Filed 07/25/2008    Page 1 of 1