April 25, 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910



**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio,
CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

Before moving to Guam two years ago I requested information from another AAFB Officer spouse about horse farms and riding lessons on Guam for my 11yr old daughter. She was quick to give me the name and contact info of Charlene Tenorio whom she and her daughters had used for horse riding and lessons while stationed at AAFB. She informed me that not only was Charlene very nice but was also great with kids, a great teacher and kept a very nice ranch with healthy horses.

Upon my arrival and getting to know Charlene I have not been disappointed! She has worked with my daughter on her riding skills and has advanced better than I could have ever expected! She has taught my daughter not only to ride a horse but also responsibility, patience and kindness towards animals. My daughter adores her.

As for my relationship with Charlene I have gotten to know her very well over the past couple years by spending time with and talking with her a couple times a week during my daughters lessons. She and I discuss our faith, family, kids, life in Micronesia, being military families, our husbands sharing the same careers, Military Civil Engineers, and much more! She is always quick to give me a hug and support when I'm feeling down and always a fun story or two! I am always amazed how she keeps such a clean and safe facility and her horses healthy and happy and always with a smile and positive attitude.

I have recommended other Air Force families to her for horse riding and have heard nothing but great responses from them about her as well. Charlene has always been fair and honest to me and even after only knowing her for a couple years I consider her a life long friend I will miss when we are gone.

Yours sincerely,

Robin Ridilla
USAF Spouse
1010 Rota Drive
Yigo, Guam 96929
671-653-6536