Mary Radcliffe-Gicca
Diderot F. Gicca
34465 Old Hempstead Road
Magnolia, Texas 77355

April 18th, 2008

The Honorable Frances M. Tydinco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910



**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio
CR 07-00078, District Court of Guam

Dear Judge Tydinco-Gatewood:

We have been acquainted with Charlene and Juan Tenorio since 1988 when we moved to Guam for his employment as a pilot with Continental Airlines. We moved back to the mainland in 1999 and have continued to remain in touch.

We first met Charlene through her horses, and I can honestly say there was no more kind and welcoming "ambassador" of the island of Guam. I volunteered at her barn, assisting with the care and training of her horses whenever time allowed. In addition to regular riding lessons, Charlene allowed school groups and facilities for disabled children to bring them to see her horses and spend a morning grooming and riding. She also adopted numerous abandoned and needy animals over the years. A kinder, more hardworking person would be hard to find.

Charlene also volunteered her time endlessly by serving on the board of the Guam Equestrian Federation of the Guam National Olympic Committee, which was developed to promote the sport of horseback riding on Guam with the ultimate goal being to participate in international competitions eventually leading to the Olympic Games. I also served on the board during that time, and Charlene could always be counted on to conduct herself in an ethical and honest manner in every situation.

Charlene and Juan welcomed us into their home for fiestas and other family gatherings, during which, Juan always talked with great pride of his beloved island and Chamorro culture. They taught us so much about Guam, and by doing so, we developed respect of the people and culture of the Marianas .

There were many other visitors to Guam, who came and stayed a few years, and by meeting the Tenorios, they took away with them, an enduring fondness and respect for the island and the people. This, I know as a fact, because I continue to meet people here on the mainland, who were based there years ago (military primarily), and who still remember the Tenorios and the welcoming activities at their home and ranch.

If we can be of any further assistance, we may be contacted at the address above.

Sincerely,

Mary Radcliffe-Gicca

Diderot F. Gicca