*Batiks by JFlores*

# J Flores Inc

Tel: (671) 828-8040
PO Box 2329
Hagatna, Guam 96932
judyflores@guam.net

May 7, 2008

Honorable Frances Tydingco-Gatewood
Chief Judge
District Court of Guam, 4th Floor Courthouse
520 W. Soledad Ave
Hagatna GU 96910

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

RE: United States Vs. Juan C. Tenorio and Charlene F. Tenorio, CR07-0078 District Court of Guam

Dear Judge Tydingco-Gatewood,

    I am writing as a character reference for Charlene F. Tenorio, whom I have known for more than 25 years. During the 1980s she and I were both involved in the art community in Guam. I worked at the Guam Council on the Arts & Humanities Agency and she taught art at the Academy of Our Lady School. We were both active in the Guam Visual Arts Guild. Under this organization, Charlene volunteered her time to teach art classes in our annual Kaleidoscope Weekend of Arts Workshops. It was a pleasure to work with her and to see the professionalism and warmth she brought to her teaching. In another volunteer capacity, Charlene served on the board of directors at Guam CAHA during those years. I had the pleasure of working with her to prepare her AOLG students' art works for the Annual Congressional Art Contest for several years. This was a labor of love in support of her students, beyond the hours she taught at school.

    I have always known Charlene to be very open and generous. She opened her horse ranch facilities for one of our Magnificent 7 Awards projects, organized by then CAHA director Alberto (Tony) Lamorena V, whereby we used her horses and corrals to film part of the project script. Her attitude has always been about giving back to the community. Our conversations focused on ideals and values rather than material gains. In my observation over these many years, she has worked hard and given generously of her time and talents. She is my ideal of a professional woman who is equally devoted to her family and who gives back to her community.

Sincerely,

*Judy Flores*

Judy S. Flores, PhD