

# Pacific Life Chiropractic

Dr. Barbara Onedera-Gregory     Dr. Robert W. Gregory

761 S. Marine Corps Drive, Suite A6, Tamuning, Guam 96913
(671) 649-WELL (9355) or (671) 649-BACK (2225)
FAX (671) 649-9255

May 8, 2008

**FILED**
DISTRICT COURT OF GUAM
JUL 25 2008 nba
JEANNE G. QUINATA
Clerk of Court

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Re:     United States vs. Juan C. Tenorio and Charlene F. Tenorio
         CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

I have known Mr. & Mrs. Tenorio for almost 40 years. Our families have been friends since I was little. They are the parents of one of my best friends and I have spent many of my childhood days around them. It is very hard for me to believe that they would do anything unlawful. They were very conscientious and helpful. As a child, often times I did not have transportation to and from activities. However, Mrs. Tenorio would be there to pick me up and drop me home. She also made her house available for her daughters' friends to come over. She made dinners and had snacks for everybody that was at her house. I felt welcome and safe.

I remember the Tenorios to be involved in the community in one way or another. As a child attending Santa Barbara School, Mrs. Tenorio was an inspiring art teacher. I may not be an artist but I learned an appreciation for art that has stayed with me through the years. She was also involved in my 4H horse club and taught us that working hard is essential to fun and success. We had to take care of the horses then the fun was riding them when done. In high school, I remember Mr. Tenorio staying up late with us, tutoring us in our upper level math courses. It really helped to have him guide us.

My husband Robert and I ran a soccer club for young children for many years. Mrs. Tenorio donated her ranch and horses for horse rides for our soccer club several times. This brought a lot of joy to the young players, most of whom had never been on a ranch or seen a horse up close. Mrs. Tenorio taught them that horses needed to be groomed, fed and watered just like people. They needed to be cared for and loved.

I see the Tenorios at soccer games cheering for their grandchildren and their teams in the heat or in the rain. They are an important part of their grandchildren's lives. Please take all their contributions to their family and community into consideration when deciding their sentence.

Sincerely,

Barbara Gregory, D.C.