131 HAIGUAS DRIVE, K10   AGANA HEIGHTS, GU 96910
TEL (671) 472-2225   FAX (671) 472-4476   EMAIL SEAN@LARKINS.COM

# LARKIN FAMILY CHIROPRACTIC

May 9, 2008

**FILED**
**DISTRICT COURT OF GUAM**

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Re: United States vs. Juan c. Tenorio and Charlene F. Tenorio
Cr 07-00078. District Court of Guam

Dear Judge Tydingco-Gatewood:

My name is June Larkin. I am a doctor of chiropractic here on Guam and have known Mr. and Mrs. Tenorio for 30 years. As long as I have known them they have demonstrated nothing less than exemplary character.

I first met Mrs. Tenorio when I joined the 4-H club when I was a teenager. She was very involved in helping young people learn to care and ride horses and develop self worth and character. She also volunteered her time with other youth clubs such as the 4-H Veterinary Club. Over these many years, I have never once seen her act in any way that is unethical or unlawful. In fact, anyone that has worked with her would tell you that she pays strict attention to doing things safely and conscientiously.

Not only have I known the Tenorio family through riding school, I am their daughter, Tico Tenorio's, closest friend since 1978. This has given me the opportunity to be in close contact with the everyday lives of the Tenorio family. Through my interactions with the family I had many opportunities to observe Mr. Tenorio and have always been impressed with his love for his family and job. I have never heard him say or act in anyway that would indicate that he is not a man of strong ethics.

The indictment made against Mr. and Mrs Tenorio comes as a shock to me. I can not believe that they would do anything unlawful knowingly. They have been an asset to this island with all their contributions to our community. I hope that you would consider how helpful they have been to the youth of this island and how they have positively affected the people around them.

Sincerely,

June Larkin D.C.