May 7, 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910



**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio,
CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

It is a pleasure for me to provide a character reference for Jaun and Charlene Tenorio.

I met Juan in 1960 when he was a student in my Engineering Mechanics course at Marquette University. At the time, I was an Engineering Instructor and was only a few years older than most of the students in my classes. We have kept in contact with each other ever since. This is somewhat unusual since in the 39 years of my Marquette tenure, during which time I taught several thousand students, I have remained in contact with only a few of them.

Through the years we kept in touch via mail, telephone calls and e-mail. I also kept in touch with Juan and his family through his daughter, Lisa, who attended Marquette University and remained in the Milwaukee area several years following her graduation. On his trips to the mainland, he often passed through Milwaukee and visited the Marquette campus. On many of these occasions we got together for lunch or dinner. He was always interested in changes that were being made in the College of Engineering and particularly in Civil and Environmental Engineering Department. After meeting with the Department Chairman during one of his visits, he was made aware of several special departmental projects and needs. As a result, he made several generous monetary contributions to the Department.

On a number of occasions I provided environmental engineering consultation to Juan on engineering studies and projects conducted by his firm. In 1996 and 1997 I visited Guam and the islands of Saipan and Tinian of the Commonwealth of the Northern Mariana Islands. The purpose of my visit was to provide the CNMI an assessment on a number of key environmental issues that were being encountered at the time on the islands of Saipan and Tinian. Following my visits I submitted three reports to CNMI dated August 22, 1996, February 13, 1997 and February 14, 1997. During my stay on Guam, Saipan and Tinian, Juan was very hospitable in providing me with desk space and other office facilities, and making arrangements for a place for me to reside in Saipan at no expense.

During the entire time I have known Juan Tenorio, I have never been aware of any action that he has taken that I would judge to be immoral, illegal, or unethical. Reflecting on our

long association, I honestly can't think of even an inappropriate action on his part. In the latter case I am thinking of such things as off-colored jokes, disparaging or insensitive remarks about others, foul language, and the like. To put it simply, based on my dealings with Juan Tenorio, I would judge him to be a highly professional, ethical and moral individual.

My contacts with Charlene Tenorio have not been as extensive as they have been with Juan. She has accompanied him to the mainland on a number of occasions. My wife and I dined with the Tenorios during a couple of their visits to Milwaukee. I got to know Charlene during my visits to Guam in 1996 and 1997. In fact during my first visit I was a house guest of the Tenorios for several days prior to my work assignment on Siapan and Tinian. I have always found Charlene to be hospitable, cheerful and forthright, and have never had any reason to suspect that she is other than an honest, reliable and ethical person.

Judge Tydingco-Gatewood, if you have any questions or concerns about the contents of this letter, please feel free to contact me by any of the means noted below. I greatly appreciate this opportunity to offer you this character reference for Juan C. Tenorio and Charlene F. Tenorio.

Sincerely,

Alphonse E. Zanoni, P.E., PhD
Emeritus Professor
Department of Civil and Environmental Engineering
Marquette University
Milwaukee WI 53201

al@thezanonis.com
262-641-9357