May 5, 2008

FILED
DISTRICT COURT OF GUAM
JUL 25 2008
JEANNE G. QUINATA
Clerk of Court

The Honorable Frances Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatña, Guam 96910

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio
CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

I first met Charlene Tenorio in April 1967, when I visited my fiancé, Froilan C. Tenorio in Panorama City, California. Charlene and her husband Juan (Froilan's brother) had invited Froilan to stay at their home for about 3 months after he moved to California to take a new job. Charlene was very gracious and welcoming, even though I was a complete stranger at that time.

When Froilan and I got married in Milwaukee, Charlene and Juan drove all the way from California to join us, even though it was a considerable hardship for them. I was most grateful that Charlene was like a sister to me and so helpful at this joyous, but stressful time.

After the wedding, I moved to Los Angeles, where Charlene was always there to help me as I started off in married life and established a household.

Later, I lived on Saipan (as I do now) and frequently traveled all over Micronesia as a medical officer for the Peace Corps and nearly always had to stay overnight on Guam between flights. I had a standing invitation from Charlene to stay with her and did so often. She treated me like part of her own immediate family and never made me feel like a burden.

At one time, Charlene was like a mother substitute for one of my daughters who moved to Guam for a few years. My daughter and Charlene had many deep discussions together on life and goals. To this day, my daughter credits her auntie for guiding her back on track during a crisis in her life, and I am forever very grateful to Charlene "being there" for my daughter.

The Honorable Frances Tydingco-Gatewood
May 5, 2008
Page 2

Of all Charlene's strong attributes I admire most her honesty. Throughout the past 40 years that I have known her, I can testify that she is completely honest. I have no doubt that she sometimes makes a mistake, but without the intention of doing so. If she said "I forgot" or "I misunderstood," then I am certain that was so and that she did not intend to lie about her actions.

I also admire her entrepreneurial spirit. As the head of two woman-owned businesses on Guam and Saipan, she is a role model for girls and young women, who may someday follow in her footsteps, including her three daughters. She is a good mother to them and a doting grandmother to her five grandchildren. I hope that your sentence will allow her to overcome her mistake and continue to serve her community.

There is zero likelihood that Charlene will commit this or any other crime ever again. I implore you not to impose a jail sentence. Her family, including me, would miss her terribly, and the community would lose a good woman. Rather, as is fitting for a non-violent first offender, please consider an appropriate period of unsupervised probation and possibly relevant community service that makes use of her considerable business and other talents.

I am proud to truthfully say that I love my sister-in-law Charlene Tenorio. Please treat her with compassion and leniency.

Thank you,

Sincerely,

*[signature]*

Grace Lynn Tenorio

Mestisa Avenue, Dandan
P. O. Box 10006 PMB 354
Saipan, MP 96950