

# Unconditional Love
P.O. Box 5039
Hagatna, GU 96932-5039

Telephone: 671-637-3584

April 29, 2008

The Honorable Frances M Tydingo-Gatewood
Chief Judge
District Court of Guam
520 West Soledad Ave.
Hagatna, GU 96910

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

RE: United States vs. Juan C Tenorio and Charlene F. Tenorio
CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood,

I have known Charlene Tenorio since 1999, when I started taking horseback riding lessons. Since that time, I have found her to be trustworthy and honest. Not only does she take an interest in her students but she is very diligent in taking care of the animals and the area we train in. She and I have also worked side by side in some community projects, mostly teaching children about horses and the responsibility that comes with owning pets and animals. We have also done some pony rides for different community projects. These are just the projects that I have worked with her on, she has done many others that I was not able to attend.

I have helped her work with the Japanese tourist industry to give them a great horseback riding experience, their safety was of utmost importance to Charlene, as well as showing them a little more of Guam than just the beach. She is very proud of this Island and it shows with whom ever she works with, be it tourist or local.

I have seen her take in stray animals at her expense, so that they could get medical attention and be found good homes. Some of these expenses were not small as the animals ran the gamut between chicks, dogs, cats and horses. I have known her to give odd jobs to people who have needed work badly.

She can always be counted on to make a donation to a charity function if not with money, then with her time, she is a great asset to this community.

Sincerely,

Melody Ann Pyle
President and Founder