Alberto A. "Tony" Lamorena V
P.O. Box 10993
Tamuning, Guam 96931

April 16, 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio
CR 07-00078 District Court of Guam

Dear Judge Tydingco-Gatewood,

I am writing you today on behalf of Mrs. Charlene F. Tenorio whom I have had the privilege and opportunity to have known for the past 20 years. During my tenure as the Executive Director of the Guam Council on the Arts and Humanities Agency from 1986 to 1994, Charlene served as one of the Board of Directors of the agency. As an art educator for many years, Charlene's insight in the arts has contributed to the success of numerous art and culturally related activities in our schools and the community as reflected by her actions as a board member.

Charlene's interest and love for the arts can also be seen when she participated in numerous "Kaleidoscope" workshops. These workshops were conducted several times during the year involving local artists instructing our youth in the various art forms. Under Charlene's tutelage many of her students participated in the "Congressional Art" contest that exhibited student artwork in the halls of the United States Congress.

On a more personal level, I have known Charlene to contribute much of her time to the 4H organization, instructing hundreds of our youth in the sport of equestrian riding. My son has actively been taking lessons for the past 4 years and has become an accomplished rider, all as a result of the dedication and support of Charlene's commitment to our youth.

In closing, I have known Charlene to be an individual with good moral standing who has spent much of her life toward the pursuit of providing a better quality of life for our young people. For the many years of volunteerism to our community, I commend Charlene for her dedication and contributions.

Sincerely,

Alberto A. "Tony" Lamorena