21 Kristina Lane
Baza Gardens
Yona, GU 96915

May 10, 2008

Hon. Frances Tydingco-Gatewood
Chief Judge
District Court of Guam
U.S. Courthouse
West Soledad Ave.
Hagåtña, GU 96910

FILED
DISTRICT COURT OF GUAM
JUL 25 2008
JEANNE G. QUINATA
Clerk of Court

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio
CR 07-0078; District Court of Guam

Dear Judge Tydingco-Gatewood:

I am writing this letter concerning my knowledge of Juan C. and Charlene F. Tenorio, whom I have known since 1976.

My husband, Peter R. Melyan, was a 4-H Extension Agent from 1974 to 1991.

We first met Charlene and Juan in 1976 when the 4-H Horse Ranch was started up after Supertyphoon Pamela. Charlene and her husband very kindly let the 4-H Club use their land off the back road to Andersen Air Force Base. Without their generosity, it would not have been possible to start and continue the club.

It was hard work in those days, especially as my husband and younger daughter, Iona, used to cut suitable long grass for the horses to feed on, from the southern end of the island as there was no suitable grass in the club's area, several times a week, with very early morning starts. Several subsequent, later typhoons that swept by devastated the ranch area, and Charlene would put it all back together again, each time much stronger to prepare for the next typhoon. Latterly, gymkhanas (horse shows) were held there from time to time, with considerable preparation beforehand; also horse riding and other lessons were given by Charlene. She passed on her considerable knowledge of horses to so many, spending much of her time with the horses at the ranch instilling professionalism to so many youth.

Charlene and Juan generously held get-togethers for 4-Hers and my family at their house, with many fond memories, back in the 1980s.

The 4-H ranch has grown considerably since its inception, and no doubt will continue to grow under Charlene and Juan's leadership and generosity into the future.

My husband, who passed away last November, and I considered them both outstanding citizens of Guam who gave so much of themselves to help others who would otherwise never have had the opportunity.

Yours sincerely,

Catriona S. Melyan

**Catriona S. Melyan**
Newsroom Assistant



𝔓acific 𝔇aily 𝔑ews
P.O. Box DN, Hagåtña, Guam 96932
Email: cmelyan@guampdn.com

GANNETT
Tel: (671) 477-9711, ext. 404
Fax: (671) 477-3079