

**Hawaii Shark Encounters, Inc.**
P.O. Box 400, Haleiwa, HI 96712
Phone: 808-351-9373 Fax: 808-637-9757
Email: Info@hawaiisharkencounters.com
Website: www.hawaiisharkencounters.com

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

**JEANNE G. QUINATA**
**Clerk of Court**

To: The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio, CR 07-00078m District Court of Guam

Dear Judge Tydingco-Gatewood:                    Hawaii, 18 April 2008

I am writing in support of Charlene Tenorio, a person I know as one of the most solid, positive, supportive and good-natured people I have met and am proud and fortunate to have as one of my closest friends.

These are character attributes I do not hand out lightly.
I have traveled professionally all over the world and have met many people, but I consider Charlene part of a very small circle that is my family, due to the fact that she has supported and helped me through hard times, in my personal life and in business, always unselfishly and in the most non-judgmental way.

During the ten years I lived and worked in Guam (1987 – 1997), I was far removed from the rest of my family in Germany. Charlene immediately took me in as part of her family and helped me in establishing businesses, persisting through financial crisis and personal lows. Together we built an educational horse facility that provided many young children and teenagers with a place where they could follow their passion, learn about responsibility and succeed in a sport that would have otherwise been unreachable for most.
Charlene's selfless love and caring for animals is absolute proof of her good character.

I was also able to see over the years how she conducted herself with a variety of businesses. Whether it was for the horse ranch or for her flower business, for her family or in helping other people's businesses, she always worked hard to do what is right and necessary. She operated with a high standard of morals, always paying bills and following through with promises, even if it wasn't her obligation. Charlene doesn't have to think about how to be a good person. She just is.
I never have seen and will not believe that she would ever knowingly do anything wrong.
However, due to her trusting and kind nature, would take someone's word and not question procedures if they were presented to her in a professional manner. She simply will not suspect any ill intentions or accuse someone of any incompetence unless it is too late and the harm is done. Unfortunately "being kind" doesn't always serve you best in this cutthroat world.

I will be happy to answer any further inquiries or appear for Charlene in court if needed.

If there is one person I can vouch for with no doubt in my mind, it is Charlene Tenorio.

Sincerely,

Stefanie Brendl

Case 1:07-cr-00078    Document 142    Filed 07/25/2008    Page 1 of 1