April 1, 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910



**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio,
CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

Charlene Tenorio has changed my life with her kindness and generosity. After years of working with horse trainers who cared more about money than talent, my confidence was tattered. I had given up my dream of pursuing horse training professionally. I believe fate brought me to Charlene's doorstep. Over the past three years, Charlene has opened her heart and her business to me out of pure compassion and camaraderie. She has shined a light on my abilities and swept away my self-doubt. Only a truly genuine, deeply caring person can imbue another person with confidence and optimism; Charlene has done just that to me.

Charlene Tenorio's unselfish faith in my potential as an equine professional has given me the courage to join the industry of which she is a part. Where some people would act selfishly out of jealousy or contempt, Charlene is generous with her praise and worldly goods. What more, she demonstrated that she valued my skills and happiness over her own income by never charging me for riding her horses, which I was not able to afford.

Charlene Tenorio recognizes and nurtures the good in people and animals. She is an asset to our society. She is a role model for the strong and a refuge for those down on their luck. In just three years, I've seen her give comfort and shelter to numerous neglected horses, dogs and cats. Charlene reaches out to people and animals with a kind hand and an open heart and invariably improves their condition.

I firmly believe that Charlene Tenorio has no malice; she would never intentionally hurt or cheat anyone. I owe it to Charlene's kindness that I am once again pursuing my dream by currently accepting a position as a stable manager and assistant horse trainer in San Antonio. More importantly, I am grateful to Charlene for her caring and sincere friendship. It is unbearable to think that Charlene should suffer any kind of punishment as she is an example of caring and good-will. To those who know her well, it would be nothing short of a cruel irony. Please let my testimony of Charlene's generosity and kindness weigh heavily on your decision.

Sincerely,

Paulina M. Welch