
Guam Premier Outlets
199 Chalan San Antonio #113
Tamuning Guam 96913
Ph (671)646-4800 Fax (671)646-4801

April 02, 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

Re:  United States vs. Juan C. Tenorio and Charlene F. Tenorio,
     CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

We met Charlene Tenorio in 2006 when we began taking our then nine year old daughter to Rock n Rail Ranch for horse-riding lessons. We have spent many hours at the ranch helping out with the horses and talking with Charlene. During this time, we have gotten to know Charlene as a hardworking, honest and compassionate woman. She is always very thoughtful and has taught our daughter a lot about caring for horses. Charlene is a knowledgeable "horse-woman" who is often consulted by other horse owners on the care of their animals. She is very devoted to her horses and dogs and we have never seen her turn away a stray animal that needed care.

Charlene brings a valuable asset to the community. Being around the horses not only gives people the opportunity to learn to care for the animals but also teaches compassion and helps build confidence.

We hope that this letter of support for Charlene Tenorio offers some insight into her good character.

Regards,

Kathleen Bristol
Jeff Bristol