

**Guam Chapter**
National Association for Uniformed Services
Post Office Box 2009, Hagatna, GU96932

23APRIL2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge, District Court of Guam
U.S. Courthouse for Guam
520 West Soledad Avenue
Hagatna. Guam 96910

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio
CR 07-00078, District Court of Guam

Dear Chief Judge Tydingco-Gatewood:

The undersigned is requested to submit to this court concerning his personal relationship and knowledge in reference to the subjects Juan C. Tenorio and his wife Charlene.

My professional connections started during early JUL 1980 having been placed in retirement status/list from the U.S. Marine Corps, and acceptance as a member of the Guam Community College to perform duties in the roles of the Deputy Provost for the institution.

Mr. Tenorio was the Chairman for the GCC Board of Trustees, and considered to be my employer. Ideally, during the time he, Mr. Juan C. Tenorio, exercised and spelled out the CEO's and Deputy Provost's powers and responsibilities in board policies, my job description, and adherence to goal-setting sessions.

The undersigned was impressed with how Mr. Tenorio conducted the GCC Board of Trustees functions. He was effective and demonstrated respect for the roles of our duties and responsibilities, and value each other's contributions to the designed of the leadership team for the institution.

For his concerned to ensure for an effective community college he devoted appropriate time and effort to the development of professional competence. Mr. Tenorio personally advocated that the institution developed programs to improve the effectiveness of the departments and overall operation of the organization; and to excel in developing jobs, organizational structure and systems.

Due to his commitment to the development of the college, Mr. Tenorio ensured that between himself and the CEO they will be working together, to benefit the institution and the community. Further, he recognized that struggling over who is in charge wastes time that is better spent empowering and supporting each other.

While there were certainly instances where the GCC Board legitimately asserts it authority by not accepting the CEO's and Deputy Provost's recommendations, doing so with regularity signifies that something has gone wrong in their relationships. Tenorio was certainly a Chairman who can perceive what needed to be accomplished and done correctly. His leadership on the board adopted policies that nurture the kind of quality, caring, and dedicated employees to sustain an effective community college learning environment.

Other worthwhile characteristics exhibited by Juan and Charlene are their dedication to the community and its people. Charlene is considered an excellent equestrienne who has shared her expertise to our youngsters on island. Her dedication has given new outlets for those young adults expected to go into other areas and become social problems. In another field she has exhibited a strong dedication for the fine arts, which were contributed to the community for their enjoyment.

As an U.S. Army commissioned officer holding the rank of colonel (06) in reserve inactive status, he managed to stay apprised and regularly trained as a ready reservist to meet the criteria and standards for deployment, and consistent with national security requirements.

Tenorio is a graduate of Marquette University in the College of Engineering (1996), and is a recipient of their (MU) professional achievement award, inclusive of several recognitions by the Guam Legislature, and as mentioned in the U.S. Congressional Record, JUN 1996.

Sincerely,

Adolf P. SGAMBELLURI
U.S. MARINE CORPS (Ret)
President, Guam Chapter, National Association
    for Uniformed Services