

# CATHOLIC SOCIAL SERVICE

*#234-A U.S. Army Juan C. Fejeran Street*
*Barrigada Heights, Guam 96913*
*Telephone: (671) 635-1409 / 1442 • Fax: (671) 635-1444*

Archbishop Anthony S. Apuron
OFM CAP D.D.
President/Chairman
Board of Trustees/Directors

Carla M. Rapadas
Executive Director

Sr. M. Callista Camacho, RSM
Deputy Director

**FILED**
**DISTRICT COURT OF GUAM**

JUL 25 2008

**JEANNE G. QUINATA**
**Clerk of Court**

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
April 14, 2008

Re:   United States vs. Juan C. Tenorio and Charlene F. Tenorio
      CR 07-00078 , District Court of Guam

Dear Judge Tydingco-Gatewood:

I am privileged to have worked with Charlene and Juan Tenorio as early as 1973 at Santa Barbara Parish in Dededo. Both have been honorable and faithful in their commitment in pursuit of improving family unity in faith, love, and service to others in need. They both were generous with their time and talents. They volunteered their services to Santa Barbara School community. I am now working with Catholic Social Service and the Tenorio family continue to assist in the care and concern for the poor, the most needy members of our community. My purpose for this brief letter is to recommend leniency in their sentencing. You have an awesome position, Judge Frances Tydingco-Gatewood, and I join the Carmelite Sisters in prayers for you that the grace of the Holy Spirit, the source of justice and charity guide you in all the good work that you do.

Sincerely in our Lady of Mercy,

*SM Callista Camacho*
Sister Mary Callista, R.S.M.



Member
Catholic
Charities
USA



Member
Catholic
Charities
USA

*Dedicated To The Dignity Of The Human Person*