5 April 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Justice
District Court of Guam
4th Floor, U. S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

Re:   United States vs. Juan C. Tenorio and Charlene F. Tenorio
      CR 07-00078, District Court of Guam

Your Honor,

   I am writing on behalf of my long-time friends Juan and Charlene Tenorio. Even though I have been off island for many years now, I remember my warm and valued friendship with them beginning in 1975 when I lived on Guam with my former husband Richard Wyttenbach-Santos (CAPT USN Ret.) and when Juan and his three daughters dropped by to visit my former husband and me when (my then) husband was Commanding Officer of the Navy's Service Schools at Great Lakes, Illinois.

   I have always known both Juan and Charlene through the years to be upstanding citizens of Guam and contributing and respected leaders in the Guam community. Additionally, Juan has served with honor and distinction in the Armed Forces of the United States. I have always considered Juan and Charlene to be people of honesty and integrity.

   I respectfully ask for your favorable consideration in the sentencing phase of this legal action before you. It is my absolute belief that Juan and Charlene would not willfully and knowingly circumvent the bankruptcy laws.

   Thank you, Your Honor, for taking the time to read this appeal.

                              Respectfully yours,

                              *[signature: Gwen Wyttenbach]*

                              (Mrs.) Gwen Wyttenbach
                              8524 Queen Elizabeth Boulevard
                              Annandale, VA  22003