Carolyn Sue Simpson
976C Cross Island Rd.
Santa Rita, GU 96915
565-5208

The Honorable Francis M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor U.S. Courthouse
520 West Soledad Ave.
Hagatna, Guam 96910

FILED
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

March 28, 2008

RE: United States vs. Juan C. Tenorio and Charlene F. Tenorio.
CR 07-00078, District Court of Guam

Dear Judge Francis M. Tydingco-Gatewood:

I have known Charlene since about 1980. At that time she had a horse ranch associated with 4H and I had just bought a pregnant horse from a neighbor. Since that time she has become a very trusted friend and we have been members of the same local horse organization for years.

I had only ridden horses as a child and I soon found out what a gracious, knowledgeable, kind and caring person Charlene is. She was willing to help and to share her experience with me, a new horse-owner, and continued to do so through the years. I have known Charlene to be a very virtuous and devout Christian, cooperative, disciplined and charitable.

When our local horse association put on events she was always willing to host horse-shows or classes with off island instructors at her ranch. She willingly brought her horses to other locations if members wanted to have events elsewhere. She generously hosted horses at her ranch for several days or weeks before and after events. She let owners use her horse-trailer and vehicle and often helped load horses into the trailer that were unfamiliar with being in a trailer. She lost the end of a finger helping a friend load a starving horse into a trailer when it pulled back on a rope she was holding. I have always known her to be willing to do whatever she could for the betterment and care of horses on Guam and her care extended to all the people involved with them. Being a school art teacher for many years I found her to be always willing to help people and impart any knowledge she had to them.

I remember when her husband became very ill, was hospitalized, had surgery and they were going through bankruptcy. She was under under tremendous stress and worried that her husband might die. Even at that time she was still the same caring person she always was. I have always known her to be a person of exceptionally good character. I very much believe that she did not intentionally do anything wrong. Thank you very much for your very kind and thoughtful consideration to my dear friend Charlene.

Sincerely,

Carolyn Sue Simpson