JOSE S. DELA CRUZ
P.O. BOX 500326
NAVY HILL
SAIPAN, MP 96950

Tel. 670-322-0967; E-mail: joedlc1@yahoo.com

The Honorable Frances Tydingco-Gatewood  April 4, 2008
Chief Judge, U.S. District Court of Guam
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008 

Dear Judge Tydingco-Gatewood:

JEANNE G. QUINATA
Clerk of Court

Subject: United States v. Juan C. Tenorio and Charlene F. Tenorio,
CR 07-00078

I am writing this letter with respect to Juan C. Tenorio and his wife Charlene F. Tenorio, who have both been convicted for bankruptcy fraud by the District Court of Guam. The purpose of this letter is to provide the Court with my personal opinion and assessment regarding their character, their standing in the Guam community, and their contribution to the community of Guam, as well as the Northern Mariana Islands.

Before I do so, I would like the Court to have some reference regarding my relationship with Juan, in particular. He is my second cousin from my father's side. I did not get to know Juan personally until I was in law school (at Boalt Hall) in the early 1970s. At the time, he was already practicing as a professional engineer, having graduated with a degree in civil engineering from Marquette University. Before then, Juan had left Saipan in the mid-1950s to attend the Father Duenas Memorial School, where he graduated with honors with the FDMS Class of 1957. Among his classmates were former Lt. Governor Kurt Moylan, Manny Q. Cruz and Deacon Frank C. Tenorio. For a teenager from Saipan at that time, the transition from Saipan to Guam was a bold undertaking for Juan. But he worked very hard in school and sacrificed much personally to achieve his goal of becoming a civil engineer, a field where he has practiced quite successfully for roughly forty (40) years.

Juan returned to Guam towards the end of the 1960s, when the late Governor Carlos G. Camacho asked him to serve as his director for the Department of Public Works at GovGuam. His tenure as director saw much progress and accomplishments in Guam highway construction, important CIP projects and other civil works of the Government of Guam. Indeed to this very day, whenever I visit Guam and pass through the "Agana Loop" at the Paseo de Susana, I think of Juan because he was the

person who came up with the traffic "loop" concept, so that the congested traffic on Marine Drive in the heart of Agana would flow faster. Juan's engineering practice was successful most of the time, except when the economy of Guam and the CNMI takes a downturn.

I have been quite impressed with Juan though, as a person and as a professional. As a professional, he does quality engineering work. I know this for a fact because I worked personally with him when the CNMI Supreme Court hired his engineering firm in 1992 to do the architectural and engineering design work for the proposed Guma Husticia Building on Saipan. He and his professional team of architects, planners, engineers and design consultants did an excellent job of doing the A&E design work for the CNMI judicial complex.

Because of the excellence in the quality of work performed by Juan's engineering firm, everyone in the CNMI (and even from outside the CNMI) who have visited the Guma Husticia, has been impressed with this edifice, which symbolizes justice and fairness. For the first time in the history of the CNMI, the people finally had a first-class facility for the judicial branch to operate out of. And Juan C. Tenorio was one of the few people who were most instrumental in the planning, design, construction and completion of this symbol of justice and the rule of law.

As to Juan's personal character, I will say that he is an honest and good person. He has been an outstanding citizen of Guam; and a person who has served our country proudly, with honor and distinction. For about two decades, I believe, he served as the first commander of the U.S. Army Reserve Unit on Guam. Because of his leadership he was promoted over the years, from captain, to major, to lt. colonel, and then to full colonel, after which he decided to turn over the leadership of the Army Reserve Unit on Guam to the younger generation. To this very day, many of the U.S. Army Reserve personnel on Guam, past and present, look up to him as a father figure and a mentor. He is warm, friendly and fair. He does not take advantage of other people, particularly those who are disadvantaged or poor.

I am not personally familiar with the nature of the criminal offense(s) for which Juan and his wife have both been found guilty by the District Court jury and for which they will be sentenced by the Court. Further, I do not think it appropriate for me to dwell on the jury verdict that has been handed down. But I wish to ask the Court, as it determines the appropriate sentence to impose on Juan and his wife, to please consider this letter in mitigation of any sentence to be imposed. It is my hope, after reviewing all of the relevant factors, that the Court will not impose any form of incarceration for either Juan or his wife. The shame and embarrassment they have already suffered within the community of Guam and the CNMI (where they are well-known) have been punishment enough. Placing them on supervised probation for a few years is probably the most appropriate punishment to impose.

2

I realize, of course, that sentencing is strictly a matter for the court to decide. But as the court considers its sentencing decision, it is my sincere hope that the good and beneficial work that Juan and his wife Charlene have done and accomplished over the past forty (40) years for the people of Guam and the islands in our region, will swing the pendulum of justice towards leniency.

Thank you so much for taking the time to consider the foregoing comments.

Sincerely,

*[signature]*

JOSE S. DELA CRUZ