# JESUIT
# CONFERENCE
THE SOCIETY OF JESUS IN THE UNITED STATES

May 16, 2008

RECEIVED
U.S. Probation Office

AUG 1 8 2008

Districts of Guam
and NMI

**FILED**
**DISTRICT COURT OF GUAM**

AUG 1 8 2008

**JEANNE G. QUINATA**
**Clerk of Court**

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, US Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

RE: United States vs. Juan C. Tenorio and Charlene F. Tenorio
    CR 07-000078, District Court of Guam

Dear Judge Tydingco-Gatewood:

I have known Juan Tenorio and his wife, Charlene for many years. I visited with them in Guam when I came for a Marquette University alumni gathering in the early 1990's. I was president of Marquette from 1990 to 1996 and was able to visit Guam just once, but enjoyed the time and the companionship there immensely. He has always been a wonderful supported of Marquette and I learned that I could always rely on him for good advice.

His character, and that of his wife Charlene, has always been, to me, exemplary. He certainly exhibited great fortitude in bringing the many students of Guam to Marquette and he always showed them great kindness and interest. I have no doubt he has always been a man of high character and solid moral standing.

Juan is certainly a man who would never cheat anyone or intentionally lie just to prevent something less than good happening to him. I think he would rather tell the truth and take the consequences of his actions than anything else. While not always the most successful businessman, he is an excellent engineer and has taken a leading role in making certain that good quality facilities are built for the people of Guam. He and Charlene are truly fine people and I would hope that this current matter can be resolved quickly and with minimal harm and disruption to this fine and his family.

Sincerely yours,

Albert J. DiUlio, SJ
Secretary for Finance and Higher Education

1016 16th St. NW, Suite 400 . WASHINGTON, DC 20036 . Tel: 202.462.0400 . FAX: 202.328.9212 . usjc@jesuit.org