RECEIVED U.S. Probation Office
AUG 1 8 2008
Districts of Guam and NMI

FILED
DISTRICT COURT OF GUAM
AUG 1 8 2008
JEANNE G. QUINATA
Clerk of Court

August 9, 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio,
CR 07-00078, District Court of Guam

Dear Honorable Judge Tydingco-Gatewood:

I have known Juan C. Tenorio for well over 30 years. I first heard about him when he was appointed by the Late Governor Carlos Camacho as the Director of Guam Public Works in 1969. He was the first Chamorro Professional Engineer (PE) to have been appointed to that position. In 1971 he established a Consulting Engineering firm as part Owner, President and Principal Engineer of Juan C. Tenorio & Associated, Inc.

He served for twelve years as Chairman of the Guam Licensing Board of Professional Engineers, Architects, and Land Surveyor. He was appointed by the Late Governor Ricardo Bordallo to the Guam Community College (GCC) Board as Founding Chair and Member, and served for seven years. At the same time, he was pursing a career in the Army Reserve. He was the first Commander of the Army Reserve Component unit on Guam by being appointed as Commanding Officer of Delta Company, 411th Engineer Battalion, subsequently promoted to Lieutenant Colonel and Commanding Officer of the 302nd Engineer Battalion, and then as Officer in Charge, US Army Reserve Western Pacific for which he was promoted to full Colonel. He also did among many other three major projects for the Island of Guam. He was designated as the main Engineer for the construction management of the US District Court in Hagatna, Guam. He successfully completed that phase of the project on schedule. Juan also designed the Agat Marina Boat Basin. He likewise designed the Container Yard at the Commercial Port of Guam. Juan was able to combine successfully his civilian and military career and service to the community.

He was instrumental in assisting Guam's youths to seek job confidence by being a member of the Governor's Committee on Apprenticeship, the forerunner of GC. He provided support and untold number of years for public schools and other civic organizations. As a former Lieutenant Governor of Guam, a retired Colonel, US Air Force, and community participant all my adult life, I whole heartily appreciate Juan's service to the nation and the people of Guam.

Juan's performance in both business and public service has been outstanding with high integrity. Guan needs to allow Juan to continue to serve the people of Guam, as well as the CNMI and Micronesia in infrastructure works, civic participations, and church-related functions. Any leniency afforded to Juan and Charlene would be welcome, I am sure, by those who know them.

Yours Sincerely,

Edward D. Reyes
Colonel, US Air Force (Retired)
Former Lieutenant Governor of Guam
7210 Opaeka St.
Honolulu, Hawaii 96825